```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
        COUNSEL/PARTIES OF RECORD

        NOV 10 2022

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA          :

vs.                               : Crim. No. 3:22-mj-137

_Ste. Dan_____
Defendant                         :

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

X _____
(Defendant's signature)

_Kat Berry_____  200 S. Virginia Street, Ste 340 Reno, NV  89501
(Attorney's name/address)

_____
(Attorney's signature)

Date: 11/10/22           Time: 11:15   (a.m.) p.m.