JASON M. FRIERSON
Acting United States Attorney
Nevada Bar No. 7709
ANDREW KEENAN
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andrew.Keenan@usdoj.gov

*Attorneys for the United States*

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         DEC - 1 2022

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:22-cr-00068-ART-CLB |
| Plaintiff, | CRIMINAL INDICTMENT |
| vs. | VIOLATIONS: |
| TRISTON HARRIS STEINMAN, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of Ammunition (Count One) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

COUNT ONE
Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 12, 2022, in the State and Federal District of Nevada,

TRISTON HARRIS STEINMAN,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Assault in the Third Degree, in the Superior Court of Washington for Pierce County, on or about January 5, 2018, case number 16-1-04197-S; knowingly possessed ammunition, that is: Blazer/CCI ammunition, said

possession being in and affecting interstate commerce and said ammunition having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: this 1st day of December, 2022.

**A TRUE BILL:**

/S/
_____
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

ANDREW KEENAN
Assistant United States Attorney