PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT | CASE NO. **3:22-cr-00068-ART-CLB**

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: TRISTON HARRIS STEINMAN

Address: _____

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT — RENO
DISTRICT OF NEVADA — Divisional Office

FILED / ENTERED    RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
DEC - 1 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**Name and Office of Person Furnishing Information on THIS FORM:** Danielle Bleecker
☑ U.S. Atty  ☐ Other U.S. Agency
Phone No. (775) 784-5438

**Name of Asst. U.S. Attorney (if assigned):** MEGAN RACHOW

☐ Interpreter Required  Dialect: _____

☐ Male  ☐ Alien (if applicable)
☐ Female

Birth Date _____
☑ Male
☐ Female

Social Security Number _____

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any):** ATF

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO. _____

MAG. JUDGE CASE NO. **3:22-mj-00137-CLB**

Place of offense _____ County _____

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts **1**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | Felon in Possession of Ammunition | 1 |