JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ANDREW KEENAN
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andrew.Keenan@usdoj.gov

*Attorneys for the United States*



**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00068-ART-CLB |
| Plaintiff, | SUPERSEDING CRIMINAL INDICTMENT |
| vs. | VIOLATIONS: |
| TRISTON HARRIS STEINMAN, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of Ammunition (Count One) |
| Defendant. | 26 U.S.C. §§ 5841, 5861(d), and 5871 – Possession of Unregistered Firearms (Count Two) |

THE GRAND JURY CHARGES THAT:

COUNT ONE
Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 12, 2022, in the State and Federal District of Nevada,

TRISTON HARRIS STEINMAN,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Assault in the Third Degree, in the Superior Court of Washington for Pierce County, on or about January 5, 2018, case

number 16-1-04197-S; knowingly possessed ammunition, that is: Blazer/CCI ammunition, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO
Possession of Unregistered Firearms
(26 U.S.C. §§ 5841, 5861(d), and 5871)

On or about August 12, 2022, in the State and Federal District of Nevada,

TRISTON HARRIS STEINMAN,

defendant herein, knowingly possessed firearms as defined in Title 26, United States Code, Section 5845(a)(2), that is: six silencers, as defined in section 921 of title 18, United States Code, not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**DATED:** this 2ⁿᵈ day of March, 2023.

**A TRUE BILL:**

_____
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

ANDREW KEENAN
Assistant United States Attorney

2
