```
_____✓___ FILED        _____RECEIVED
_____ ENTERED      _____SERVED ON
                    COUNSEL/PARTIES OF RECORD

              MAR 02 2023

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA

BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE GRAND JURY FOR THE MARCH 3, 2022, TERM | **MINUTES OF PROCEEDINGS**<br><br>DATE:  March 2, 2023 |

PRESENT:  **THE HONORABLE CRAIG S. DENNEY, U.S. MAGISTRATE JUDGE**

DEPUTY CLERK: Karen Walker

COURT REPORTER:  Sheila Sharp

ASSISTANT UNITED STATES ATTORNEY:     Andrew Keenan

**MINUTES OF PROCEEDINGS:  GRAND JURY**

Grand Jury convened at  9:00 a.m.

The roll of the Grand Jury is taken.  (19 members present, which constitutes a quorum.)

The foreperson of the Grand Jury presents its partial report and indictments (copy of report attached).

On motion of the United States Attorney,

**IT IS SO ORDERED** that the said report and indictment(s) be filed.  There are no sealed indictments.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons to be issued where indicated:

///

///

MINUTES OF PROCEEDINGS - 1

3:22-cr-00068-ART-CLB

USA v. Triston Harris Steinman (on Bond) Arraignment and Plea on Superseding Indictment scheduled for **Wednesday, March 22, at 3:00 p.m.,** in Courtroom No. 1 before Magistrate Judge Carla Baldwin

3:23-cr-00005-MMD-CSD

USA v. Devon Jones (in custody) (3:23-mj-24-CLB) Preliminary Examination currently scheduled for **March 8, 2023, at 3:00 p.m.,** in Courtroom No. 1 before Magistrate Judge Baldwin coverts to an Arraignment & Plea.

3:23:cr-00005-MMD-CSD

USA v. Shanequa Charles Summons Issued on 3/2/2023 for Initial Appearance/Arraignment & Plea scheduled for **March 28, 2023, at 3:00 p.m.,** in Courtroom 2 before Magistrate Judge Denney.

3:23-cr-00006-MMD-CSD

USA v. Colby Vega Alvarez-Mora Warrant Issued on 3/2/2023

3:23-cr-00007-MMD-CLB

USA v. Alec Ruscetta Warrant Issued on 3/2/2023

**IT IS FURTHER ORDERED** that the Grand Jury report upon notice.

Grand Jury adjourned at 11:37 a.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _Karen Walker_

Karen Walker, Deputy Clerk

MINUTES OF PROCEEDINGS - 2