1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00068-ART-CLB |
| Plaintiff, | **ORDER APPROVING** |
| v. | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| TRISTON HARRIS STEINMAN, | (Second Request) |
| Defendant. | |

13

14

15

16

17     IT IS HEREBY STIPULATED AND AGREED, by and between JASON M.

18 FRIERSON, United States Attorney, and ANDREW KEENAN, Assistant United States

19 Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal

20 Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel TRISTON

21 HARRIS STEINMAN, that the parties shall have to and including **April 26, 2023**, to file any

22 and all responsive pleadings.

23     IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and

24 including **May 5, 2023**, to file any and all replies.

25      This is the second stipulation to continue the motions deadlines.  Counsel is requesting

26 additional time to file pretrial responses and replies mindful of the current trial date of June 6,

2023, at 9:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 20th day of April, 2023.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


   /s/ KATE BERRY                        /s/ Andrew Keenan
By:_____   By:_____
KATE BERRY                            ANDREW KEENAN
Assistant Federal Public Defender     Assistant United States Attorney
Counsel for TRISTON HARRIS STEINMAN   Counsel for the Government


**IT IS SO ORDERED.**

**DATED** this 20th day of April, 2023.

_____
ANNIE R. TRAUM
UNITED STATES DISTRICT JUDGE

2