UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRISTON HARRIS STEINMAN,<br><br>　　　　Defendant. | Case No.  3:22-cr-00068-ART-CLB<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO MOTION TO DISMISS**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for TRISTON HARRIS STEINMAN; United States Attorney Jason M. Frierson, and Assistant United States Attorney ANDREW KEENAN, counsel for the United States of America, to extend the time in which the Defendant's Reply to Response to the Defendant's Motion to Dismiss [ECF #33] from May 5, 2023, to May 12, 2023. This is the first request for an extension for time to file reply.

　　//

　　//

　　//

The additional time requested for the filing the responses is requested mindful of the current trial date of June 6, 2023, at 9:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this May 3, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Kate Berry*<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Triston Harris Steinman | */s/ Andrew Keenan*<br>By:_____<br>ANDREW KEENAN<br>Assistant United States Attorney<br>Counsel for the United States |

**IT IS SO ORDERED**

Dated this 8th day of May, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE