UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:22-cr-00068-ART-CLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| | ) | |
| TRISTON HARRIS STEINMAN, | ) | DATE:  July 7, 2023 |
| | ) | |
| Defendant. | ) | |

PRESENT:  ANNE R. TRAUM, UNITED STATES DISTRICT JUDGE

Deputy Clerk:  Katie Lynn Sutherland   Reporter:  Donna Prather

Counsel for Government:  Andrew Keenan, AUSA

Counsel for Defendant:  Sean McClelland, AFPD and Christopher Frey, AFPD

PROCEEDINGS: **Evidentiary Hearing RE: Defendant's Motion to Suppress (ECF No. 34) and Oral Argument on Defendant's Motion to Dismiss (ECF No. 33)**

1:37 p.m.  The Court convenes with all counsel and Mr. Steinman present on bond.

Mr. Kennan and Mr. McClelland stipulate to admit all exhibits identified in the parties' Status Report for Hearing on Defendant's Motion to Suppress (ECF No. 34). (ECF No. 54).

It is ordered that Government's Exhibits 1-a, 1-b, 1-c, 2, 3, 4, 5, 6, 7, and 8 and Defendant's Exhibits 501, 502, 503, 504, 505, 506, 507, 508, 509, and 510 are admitted into evidence.

The evidentiary hearing proceeds.

**William Boyer**, called on behalf the Government, is sworn and testifies under direct examination by Mr. Keenan; cross examination by Mr. McClelland; and redirect examination by Mr. Keenan.  Witness is excused.

The Government has no further witnesses to call and rests.

The Defendant has no witnesses to call and rests.

4:22 p.m. The Court stands at recess.

4:39 p.m. The Court reconvenes with all counsel and Mr. Steinman present.

The Court hears respective closing statements as to the motion to suppress.

The Court addresses the motion to dismiss (ECF No. 33).

6:01 p.m.  The Court stands at recess.

7:14 p.m.  The Court reconvenes with all counsel and Mr. Steinman present.

The Court addresses the parties.

It is ordered that Defendant's motion to Dismiss (ECF No. 33) is denied.

It is further ordered that Defendant's motion to suppress (ECF No. 34) is granted.  The Court provides oral findings.

Court adjourns at 7:35 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk