**EXHIBITS ON BEHALF OF: DEFENDANT**                                    **CASE NO: 3:22-cr-00068-ART-CLB**

**CASE CAPTION: UNITED STATES V. TRISTON HARRIS STEINMAN**

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit | Released Date | Released Signature |
|---|---|---|---|---|---|---|
| 07/07/2023 | | 501 | Stipulated | Boyer Report (USAO 1-15) | | |
| 07/07/2023 | | 502 | Stipulated | Declaration of Probable Cause (USAO 16-17) | | |
| 07/07/2023 | | 503 | Stipulated | Affidavit in Support of and Application for Search Warrant (USAO 18-23) | | |
| 07/07/2023 | | 504 | Stipulated | Search Warrant (USAO 24-25) | | |
| 07/07/2023 | | 505 | Stipulated | Supplemental Reports (USAO 26-31) | | |
| 07/07/2023 | | 506 | Stipulated | Boyer Dashcam (USAO 520) | | |
| 07/07/2023 | | 507 | Stipulated | Boyer Bodycam (USAO 524) | | |
| 07/07/2023 | | 508 | Stipulated | Marin Bodycam (USAO 525) | | |
| 07/07/2023 | | 509 | Stipulated | Dispatch Phone Recording (USAO 518) | | |
| 07/07/2023 | | 510 | Stipulated | Preliminary Hearing Transcript, September 14, 2022 | | |
| | | | | | | |
| | | | | | | |