**EXHIBITS ON BEHALF OF: United States of America**          **CASE NO: 3:22-CR-00068-ART-CLB**
**CASE CAPTION: United States v. TRISTON HARRIS STEINMAN**

| Date Admitted | Date Marked | Exhibit No. | Witness | Description of Exhibit | Released Date | Released Signature |
|---|---|---|---|---|---|---|
| 07/07/2023 | | 1-a | Stipulated | Basic Radar Certification (USAO 000844) | | |
| 07/07/2023 | | 1-b | Stipulated | Radar Test and Measurement Certification (USAO 000845) | | |
| 07/07/2023 | | 1-c | Stipulated | Radar Certification Worksheet (USAO 000846) | | |
| 07/07/2023 | | 2 | Stipulated | Trooper Boyer's Dashcam Video (USAO 000520) | | |
| 07/07/2023 | | 3 | Stipulated | Trooper Boyer's Bodycam Video (USAO 000524) | | |
| 07/07/2023 | | 4 | Stipulated | Call Detail Report (USAO 000074-000083) | | |
| 07/07/2023 | | 5 | Stipulated | Radio Recording (USAO 000519) | | |
| 07/07/2023 | | 6 | Stipulated | Criminal History Printout (USAO 000721-000731) | | |
| 07/07/2023 | | 7 | Stipulated | Phone Recording (USAO 000518) | | |
| 07/07/2023 | | 8 | Stipulated | Search Warrant Materials (USAO 000018-000025) | | |
| | | | | | | |
| | | | | | | |