JASON M. FRIERSON
Nevada Bar No. 7709
United States Attorney
District of Nevada
ROBERT L. ELLMAN
Appellate Chief
WILLIAM R. REED
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Email: William.Reed@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRISTON HARRIS STEINMAN,<br><br>Defendant. | Case No.: 3:22-cr-00068-ART-CLB<br><br>**GOVERNMENT'S NOTICE OF APPEAL** |

Pursuant to 18 U.S.C. § 3731, the United States hereby files this notice of appeal to the United States Court of Appeals for the Ninth Circuit from the district court's order granting Steinman's motion to suppress. ECF No. 55 (July 7, 2023, minutes of proceeding).

**DATED** this 4th day of August, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

ROBERT L. ELLMAN
Appellate Chief

*s/ William R. Reed*
WILLIAM R. REED
Assistant United States Attorney

1