RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Amy_Cleary@fd.org

Attorney for Triston Harris Steinman

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TRISTON HARRIS STEINMAN,<br><br>    Defendant. | Case No. 3:22-cr-00068-ART-CLB<br><br>**NOTICE OF APPEARANCE** |

    Notice is hereby given that Assistant Federal Public Defender Amy B. Cleary will serve as counsel for the above captioned defendant.

    Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

    DATED this 11th day of January 2024.

                                           RENE L. VALLADARES
                                           Federal Public Defender

                             By: */s/ Amy B. Cleary*
                                           AMY B. CLEARY
                                           Assistant Federal Public Defender
                                           Attorney for Triston Harris Steinman