PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. Triston Harris Steinman                    Docket No. 3:22CR0068-ART-CLB-1

Petition for Action on Conditions of Pretrial Release

    COMES NOW MISTY H. SANCHEZ, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Triston Harris Steinman, who appeared on November 10, 2022, before Your Honor and was released on a Personal Recognizance Bond with the following conditions of release:

1. The defendant is placed in the custody of: Matthew Steinman who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings and (c) to notify the court immediately if the defendant violates any condition of release or disappears.
2. The defendant shall report to U.S. Pretrial Services for supervision.
3. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
4. The defendant shall not secure employment in the following field(s): Firearm or firearm parts.
5. The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapons.
6. Except as authorized by court order, the defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes).
7. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.

**Respectfully presenting petition for action of Court and for cause as follows:**

- Third-party custodian condition is no longer necessary to address risk.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND BE MODIFIED TO REMOVE THIRD-PARTY CUSTODIAN CONDITION.**

ORDER OF COURT

Considered and ordered this ___ day of April, 2024 and ordered filed and made a part of the records in the above case.

_____
Honorable Craig S. Denney
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 4th day of April, 2024.

Respectfully Submitted,

*Misty Sanchez*
_____
Misty Sanchez SPB
Senior U.S. Pretrial Services Officer
Reno, Nevada