TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
clay.plummer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTON STEINMAN,<br><br>Defendant. | Case No. 3:22-cr-00068-ART-CLB<br><br>United States' Sentencing Memorandum for Defendant Triston Steinman |

CERTIFICATION: This sentencing memorandum is timely filed under LCR 32-1(d).

The United States of America, through Assistant United States Attorney Clay A. Plummer, submits this sentencing memorandum for defendant Triston Steinman.

The United States respectfully requests this Honorable Court sentence defendant Steinman to a 60-month term of custody and a 3-year term of supervised release on the conditions recommended by the Probation Office.[1]

## I. Brief Summary of Factual and Procedural Context

Defendant Steinman is pending sentencing after having pleaded guilty to Count One of the superseding indictment, which charges defendant with possession of ammunition by prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and Count Two which charges defendant with possession of unregistered firearms in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.[2] ECF No. 24 (Superseding Indictment).

There is no plea agreement in this case.

## II. Offense Level Computations

The PSR accurately calculates the offense level and the government agrees with the offense level computations recommended by the USPO in the PSR ¶¶ 25-35.

Because "use of the Guidelines Manual in effect on the date that the defendant is sentenced," that is, the 2026 Guidelines Manual, "would violate the *ex post facto* clause of the United States Constitution, the court shall use the Guidelines Manual in effect on the date that the offense of conviction was committed," that is, the 2021 Guidelines Manual. USSG § 1B1.11(a).

The Base Offense Level (BOL) and Specific Offense Characteristics (SOCs) applicable to the offense to which defendant Steinman has pleaded guilty, possession of ammunition by

---

[1] ECF No. 94, Presentence Investigation Report (PSR), at pp. 27–30. As of the date of this filing, defendant has not noticed any opposition to any of the recommended conditions.

[2] The government will move to dismiss Count Two at sentencing.

prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), are set out in USSG § 2K2.1.

**1. Base Offense Level**

The BOL is 20 because "the offense involved a (i) semiautomatic firearm that is capable of accepting a large capacity magazine," the "firearm that is described in 26 U.S.C. § 5845(a);" and Steinman was a prohibited person at the time he committed the instant offense. USSG § 2K2.1(a)(4)(B); PSR ¶ 25.

**2. Specific Offense Characteristics**

Because the offense involved 25 to 99 firearms, a six-level enhancement is applied. USSG §2K2.1(b)(1)(C). *Id.* ¶ 26.

Because Steinman "used or possessed [a] firearm … in connection with another felony offense," the offense level is increased by 4 levels. USSG § 2K2.1(b)(6)(B); *Id.* ¶ 27.

The Adjusted Offense Level is 30. *Id*. at 31.

**3. Other Victim, Offender or Obstruction-Related Adjustments**

There are no other victim, offender, or obstruction-related enhancements applied. *Id*. ¶¶ 28-30.

**4. Acceptance of Responsibility and Total Offense Level**

Based on defendant Steinman' timely plea of guilty and provided he demonstrates an acceptance of responsibility for the offenses up to and including the time of sentencing, the United States recommends the Court apply a two-level reduction to the offense level for acceptance of responsibility under USSG § 3E1.1(a) and moves for a further one-level reduction under USSG § 3E1.1(b). With these adjustments, the Total Offense Level is 27.

## III. Criminal History Computation

The USPO computed defendant Steinman' Criminal History Score as 3. PSR ¶¶ 37-45. The government agrees with this calculation. Based on that Criminal History Score, the USPO assessed defendant Steinman's Criminal History Category as II. *Id.* ¶ 42. The United States agrees that those computations are correct.

## IV. Position Regarding Sentence

The USAO agrees with probation and will recommend that the district court sentence Steinman to 60 months of confinement followed by three years of supervised release. PSR at 26. A TOL of 27 in Criminal History Category II corresponds to a custodial sentencing range of 78-97 months. Sentencing Table, Guidelines Manual, Ch. 5, Pt. A.

## V. Applicable Law

Possession of ammunition by a prohibited person in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) carries a statutory maximum term of custody of 15 years,[3] a statutory maximum term of supervised release of 3 years, a fine of up to $250,000 or twice the gross gain or gross loss resulting from the offenses, whichever is greatest, and a mandatory special assessment of $100.

Under 18 U.S.C. § 3553(a), the factors to be considered when imposing a sentence include both "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1).

That statute mandates that "the Court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth" in 18 U.S.C. § 3553(a)(2). Those purposes include "the need for the sentence imposed (A) to reflect the seriousness of the offense, to

---

[3] The Court previously ruled the maximum penalty as to Count One is 10 years imprisonment. ECF No. 91.

promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." *Id.*

The law also requires the Court to consider "the kinds of sentences available," 18 U.S.C. § 3553(a)(3); "the kinds of sentence and the sentencing range established … set forth in the guidelines … issued by the Sentencing Commission pursuant to" 28 U.S.C.§ 994(a)(1), 18 U.S.C. § 3553(a)(4), and; pertinent policy statements issued by the Sentencing Commission, 18 U.S.C. § 3553(a)(5).

Section 3553(a) also requires the Court to consider "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).

Finally, Section 3553(a) requires the Court to consider "the need to provide restitution to any victims of the offense." 18 U.S.C. § 3553(a)(7).

**VI. United States' Sentencing Recommendation and Rationale**

The United States respectfully requests this Honorable Court sentence Steinman to a 60-month term of custody followed by a 3-year term of supervised release on the conditions recommended by the Probation Office.

In order "to protect the public from further crimes of the particular offender, the likelihood of recidivism and future criminal behavior must be considered." USSG Ch. 4, Pt. A, intro. comment. To that end, the Manual observes that "[r]epeated criminal behavior, is an indicator of a limited likelihood of successful rehabilitation." *Id.* Steinman had previously been convicted of felony assault after shooting his brother with a firearm. PSR ¶ 39.

Empirical data shows that firearms offenders recidivate at a higher rate than all other classes of offenders as measured by rearrest, reincarceration, and reconviction. U.S. SENT'G COMM'N, RECIDIVISM AMONG FEDERAL FIREARMS OFFENDERS 4, 17-22 (2019) available at https://www.ussc.gov/sites/default/files/pdf/research-and-publications/research-publications/2019/20190627_Recidivism_Firearms.pdf (*Firearms Recidivism Study*). The *Firearms Recidivism Study* found that as "measured by rearrest, firearms offenders recidivated at a higher rate than non-firearms offenders by a margin of over 21 percentage points." *Id.* at 17. More, the study found that "[f]irearms offenders recidivated … sooner than non-firearms offenders." *Id.* "Firearms offenders have higher recidivism rates than non-firearms offenders in every [Criminal History Category]." *Id.* at 19.

Here, Steinman possessed 38 firearms without serial numbers. PSR ¶ 14. One was a loaded 9-millimeter pistol with 17 rounds in the magazine. *Id.* ¶ 13. In addition to the firearms, Steinman was found with numerous firearms parts, tools for manufacturing and assembling firearms, various firearm ammunitions and magazines, and over 4,000 gross grams of marijuana and THC products, along with $12,500 in U.S. currency. *Id.* What makes Steinman's conduct most egregious was that he was manufacturing unserialized firearms, and selling them to whomever he could. *Id.* ¶¶ 16-17.

Given those facts, a 60-month term of custody and a 3-year term of supervised release would "afford adequate deterrence to criminal conduct," 18 U.S.C. § 3553(a)(2)(C), and be sufficient to "protect the public from further crimes of the defendant," 18 U.S.C. § 3553(a)(2)(D). A 60-month term of custody is necessary "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense." 18 U.S.C. § 3553(a)(2)(A).

**VII. Additional Evidence in Support of the Government's Position**

In support of the government's position on sentencing, the government will introduce the following exhibits: (1) property report listing all items seized from Steinman; (2) forensic report dated October 13, 2022; (3) forensic report dated November 17, 2022; and (4) photos of items seized from Steinman's vehicle. In addition, the government will call Highway Patrol Officer William Boyer, the arresting officer.

The United States respectfully requests to be permitted to supplement this filing should new circumstances require.

Respectfully submitted this October 26, 2026.

TODD BLANCHE
Attorney General

*//s// Clay Plummer*
CLAY A. PLUMMER
Assistant United States Attorney

# GOVERNMENT EXHIBIT 1 - Property of Triston Steinman

(USAO 000184 – USAO 000190)

# Nevada Department of Public Safety
## Property Report
## *ELKO PROPERTY ROOM*

Case Number: **220800830**
Cite Number:

Incident Type: **WEAPONS VIOLATIONS**
Division: **HIGHWAY PATROL**
County: **ELKO**

Suspect(s): **STEINMAN, TRISTON**

Collecting Officer: **BOYER, WILLIAM (64981)**

| BarCode | Pkg # | Item Type | Description | Current Location |
|---|---|---|---|---|
| 219642 | 1 | CURRENCY - U.S. | 12,500 DOLLARS IN US CURRENCY | EK-SAFE |
| 219643 | 2 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLUE .308 WIN AR-10 | EK-LONG GUN BAGS |
| 219644 | 3 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK 7.62X39 AR STYLE RIFLE | EK-LONG GUN BAGS |
| 219645 | 4 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK/SILVER/GREEN AR PISTOL 5.56/.223 | EK-LONG GUN BAGS |
| 219646 | 5 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN CAMOFLAGE .308 WIN AR-10 | EK-LONG GUN BAGS |
| 219647 | 6 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN/BLACK 7.62X39 AR-15 | EK-LONG GUN BAGS |
| 219648 | 7 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN 7.62X39 AR-15 | EK-LONG GUN BAGS |
| 219649 | 8 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN/TAN/BLACK .308 WIN AR-10 | EK-LONG GUN BAGS |
| 219650 | 9 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN/BLACK 5.56 AR-15 | EK-LONG GUN BAGS |
| 219651 | 10 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK/TAN .308 WIN AR-10 | EK-LONG GUN BAGS |
| 219652 | 11 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN/BLACK 7.62X39 AR-15 | EK-LONG GUN BAGS |
| 219653 | 12 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK/SILVER 9MM AR-15 PLATFORM | EK-LONG GUN BAGS |
| 219654 | 13 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN 5.56 AR-15 | EK-LONG GUN BAGS |
| 219655 | 14 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN 7.62X39 AR-15 | EK-LONG GUN BAGS |
| 219656 | 15 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK/SILVER/GREEN 5.56 AR-15 | EK-LONG GUN BAGS |
| 219657 | 16 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK/SILVER AR-15 IN 5.56 NATO | EK-LONG GUN BAGS |
| 219658 | 17 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK AR-15 IN 7.62X39 W/BROWN STOCK | EK-LONG GUN BAGS |
| 219659 | 18 | FIREARM, ILLEGAL | NONE NONE Serial #: none BROWN AR-15 IN 5.56 W/BLACK STOCK | EK-LONG GUN BAGS |

Nevada Department of Public Safety
Property Report
**ELKO PROPERTY ROOM**

Case Number: **220800830**
Cite Number:

Incident Type: **WEAPONS VIOLATIONS**
Division: **HIGHWAY PATROL**
County: **ELKO**

Suspect(s): **STEINMAN, TRISTON**

Collecting Officer: **BOYER, WILLIAM (64981)**

| BarCode | Pkg # | Item Type | Description | Current Location |
|---|---|---|---|---|
| 219660 | 19 | FIREARM, ILLEGAL | NONE NONE Serial #: none BROWN AR-15 IN 7.62X39 W/BLACK STOCK | EK-LONG GUN BAGS |
| 219661 | 20 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK/SILVER AR-15 IN 7.62X39 W/GREEN STOCK | EK-LONG GUN BAGS |
| 219662 | 21 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN AR-15 IN .223 WYLDE | EK-LONG GUN BAGS |
| 219663 | 22 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN CAMOFLAGE AR-15 IN 7.62X39 | EK-LONG GUN BAGS |
| 219664 | 23 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK AR-15 IN 7.62X39 W/GREEN STOCK | EK-LONG GUN BAGS |
| 219665 | 24 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN AR-10 IN .308 WIN | EK-LONG GUN BAGS |
| 219683 | 25 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN MIXED COMPONENT ASSEMBLED 40 CALIBER PISTOL | EK-HG3 |
| 219684 | 26 | FIREARM, ILLEGAL | NONE NONE Serial #: none BLACK MIXED COMPONENT ASSEMBLED 9MM PISTOL | EK-HG3 |
| 219685 | 27 | FIREARM, ILLEGAL | NONE NONE Serial #: none 2 BLACK/GREEN MULT-COMPONENT ASSEMBLED 9MM PISTOLS W/MAGAZINES | EK-HG3 |
| 219686 | 28 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN MULT-COMPONENT ASSEMBLED 9MM PISTOL W/HOLOSUN RED DOT SIGHT AND TLR-1 HL LIGHT | EK-HG4 |
| 219687 | 29 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN MULTI-COMPONENT 9MM PISTOL W/MAGAZINE | EK-HG4 |
| 219688 | 30 | FIREARM, ILLEGAL | NONE NONE Serial #: none 2 TAN MULTI-COMPONENT ASSEMBLED 9MM PISTOLS W/MAGAZINES | EK-HG4 |
| 219689 | 31 | FIREARM, ILLEGAL | NONE NONE Serial #: none GREEN/BLACK MULTI-COMPONENT ASSEMBLED 40 CAL PISTOL W/MAGAZINE | EK-HG7 |

# Nevada Department of Public Safety
## Property Report
## *ELKO PROPERTY ROOM*

Case Number: **220800830**
Cite Number:

Incident Type: **WEAPONS VIOLATIONS**
Division: **HIGHWAY PATROL**
County: **ELKO**

Suspect(s): **STEINMAN, TRISTON**

Collecting Officer: **BOYER, WILLIAM (64981)**

| BarCode | Pkg # | Item Type | Description | Current Location |
|---|---|---|---|---|
| 219690 | 32 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN/BLACK MULTI-COMPONENT ASSEMBLED 45 CAL PISTOL W/HOLOSUN DOT SIGHT | EK-HG7 |
| 219691 | 33 | FIREARM ACCESSORIES | 1 BLACK GLOCK CASE FOR G31 (EMPTY) | EK-L359 |
| 219692 | 34 | FIREARM ACCESSORIES | 2 GREEN MULTI-COMPONENT UPPER PISTOL SLIDE 9MM. 1 TAN MULTI-COMPONENT UPPER PISTOL SLIDE 40 CAL. 3 SILVER METAL COMPONENTS IN BAGGY | EK-HG7 |
| 219693 | 35 | FIREARM ACCESSORIES | BLACK .308 UPPER W/BARREL | EK-LONG GUN BAGS |
| 219694 | 36 | FIREARM ACCESSORIES | BLACK .308 UPPER W/BARREL | EK-LONG GUN BAGS |
| 219695 | 37 | FIREARM ACCESSORIES | BLACK .308 UPPER W/SILVER COLORLESS BARREL | EK-LONG GUN BAGS |
| 219696 | 38 | FIREARM ACCESSORIES | BLACK .308 UPPER W/BARREL | EK-LONG GUN BAGS |
| 219697 | 39 | FIREARM ACCESSORIES | BLACK .308 UPPER W/BARREL | EK-LONG GUN BAGS |
| 219698 | 40 | FIREARM ACCESSORIES | BLACK 5.56 NATO UUPPER W ATTACHED BAYONET AND SHEATH | EK-LONG GUN BAGS |
| 219699 | 41 | FIREARM ACCESSORIES | RED, WHITE, AND BLUE 5.56 UPPER W/BARREL/AND BOLT CARRIER GROUP | EK-LONG GUN BAGS |
| 219700 | 42 | FIREARM ACCESSORIES | BLACK .308 UPPER W/BARREL | EK-LONG GUN BAGS |
| 219701 | 43 | FIREARM ACCESSORIES | BLACK 5.56 UPPER W/STAINLESS STEEL BARREL | EK-LONG GUN BAGS |
| 219702 | 44 | FIREARM ACCESSORIES | BLACK 7.62X39 UPPER W/SIG SAUER ROMEO MSR OPTIC | EK-LONG GUN BAGS |
| 219703 | 45 | FIREARM ACCESSORIES | BLACK .308 UPPER W/BARREL | EK-LONG GUN BAGS |

# Nevada Department of Public Safety
## Property Report
## *ELKO PROPERTY ROOM*

Case Number: **220800830**
Cite Number:

Incident Type: **WEAPONS VIOLATIONS**
Division: **HIGHWAY PATROL**
County: **ELKO**

Suspect(s): **STEINMAN, TRISTON**

Collecting Officer: **BOYER, WILLIAM (64981)**

| BarCode | Pkg # | Item Type | Description | Current Location |
|---|---|---|---|---|
| 219704 | 46 | FIREARM ACCESSORIES | BLACK 12.7X42 UPPER W/BARREL AND BOLT CARRIER GROUP | EK-LONG GUN BAGS |
| 219707 | 47 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN MULTI-COMPONENT ASSEMBLED 40 CAL PISTOL W/RED DOT AND TLR-3 LIGHT W/MAGAZINE | EK-HANDGUN BAGS |
| 219708 | 48 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN MULTI-COMPONENT ASSEMBLED 9MM PISTOL W/HOLOSUN DOT SIGHT | EK-HANDGUN BAGS |
| 219709 | 49 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN/BLACK MULTI-COMPONENT ASSEMBLED 45 CAL PISTOL W/HOLOSUN DOT SIGHT | EK-HANDGUN BAGS |
| 219710 | 50 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN MULTI-COMPONENT ASSEMBLED 40 CAL PISTOL W/HOLOSUN DOT SIGHT | EK-HANDGUN BAGS |
| 219711 | 51 | FIREARM, ILLEGAL | NONE NONE Serial #: none TAN MULTI-COMPONENT ASSEMBLED 9MM PISTOL W/HOLOSUN DOT SIGHT | EK-HANDGUN BAGS |
| 219712 | 52 | FIREARM ACCESSORIES | 37 ASSORTED PISTOL MAGAZINES | EK-BS2 |
| 219713 | 53 | FIREARM ACCESSORIES | 52 ASSORTED RIFLE MAGAZINES | EK-BS2 |
| 219714 | 54 | FIREARM ACCESSORIES | 21 ASSORTED BUTT STOCK/BRACES | EK-BS2 |
| 219715 | 55 | FIREARM ACCESSORIES | 9 5.56 UPPERS/3 7.62X39 UPPERS/10 UNKNOWN CALIBER UPPERS/6 9MM UPPERS/1 7.62X39 UPPER W/BOLD CARRIER GROUP | EK-BS2 |
| 219716 | 56 | FIREARM ACCESSORIES | 5 LOWERS WITH GRIPS/10 UNASSEMBLED 80% LOWERS/9 ASSEMBLED LOWERS | EK-BSFL1 |
| 219717 | 57 | FIREARM ACCESSORIES | 10 BOXED PISTOL SLIDES AND 1 UNBOXED COMPLETE PISTOL SLIDE | EK-BS2 |
| 219718 | 58 | FIREARM ACCESSORIES | 4 ASSEMBLED PISTOL LOWERS | EK-BS2 |

# Nevada Department of Public Safety
## Property Report
## *ELKO PROPERTY ROOM*

Case Number: **220800830**
Cite Number:

Incident Type: **WEAPONS VIOLATIONS**
Division: **HIGHWAY PATROL**
County: **ELKO**

Suspect(s): **STEINMAN, TRISTON**

Collecting Officer: **BOYER, WILLIAM (64981)**

| BarCode | Pkg # | Item Type | Description | Current Location |
|---|---|---|---|---|
| 219719 | 59 | FIREARM ACCESSORIES | 6 UNFINISHED SUPRESSORS AND MISCELLANEOUS PARTS | EK-BS2 |
| 219720 | 60 | FIREARM ACCESSORIES | 21 HANDGUARDS AND ATTACHING HARDWARE | EK-BSFL1 |
| 219721 | 61 | FIREARM ACCESSORIES | 6 ASSORTED RIFLE BARRELS | EK-BS2 |
| 219722 | 62 | FIREARM ACCESSORIES | 4 45 CALIBER BARRELS/1 9MM BARREL/22 40 CALIBER BARRELS | EK-L359 |
| 219723 | 63 | FIREARM ACCESSORIES | 26 CHARGING HANDLES | EK-L359 |
| 219724 | 64 | FIREARM ACCESSORIES | 10 CHARGING HANDLES | EK-L359 |
| 219725 | 65 | FIREARM ACCESSORIES | 16 ASSORTED BOLT CARRIER GROUPS | EK-BS2 |
| 219726 | 66 | FIREARM ACCESSORIES | 37 GAS BLOCKS | EK-L359 |
| 219727 | 67 | FIREARM ACCESSORIES | 40 ASSORTED SMALL RIFLE PARTS KITS | EK-L359 |
| 219728 | 68 | FIREARM ACCESSORIES | 101 ASSORTED SMALL PARTS FOR PISTOLS AND RIFLES/KITS | EK-BS2 |
| 219729 | 69 | FIREARM ACCESSORIES | 40 GAS TUBES AND ATTACHING HARDWARE KITS | EK-L359 |
| 219730 | 70 | FIREARM ACCESSORIES | 8 UNASSEMBLED UPPERS/3 UNASSEMBLED BOLT CARRIERS/1 ASSEMBLED BOLT CARRIER GROUP/2 MAGAZINE RELEASES/1 STOCK RING | EK-BS3 |
| 219732 | 71 | FIREARM ACCESSORIES | 1 CROSSFIRE II RIFLE SCOPE/1 SIG SAUR ROMEO/JULIET DOT SIGHT AND MAGNIFIER/1 ROMEO SIG SAUR DOT SIGHT/1 PRIMARY ARMS DOT SIGHT/1 NCSTAR LIGHT | INTAKE |
| 219733 | 72 | FIREARM ACCESSORIES | 19 BUFFER SPRING TUBE PARTS | INTAKE |



W0

# Nevada Department of Public Safety
## Property Report
## *ELKO PROPERTY ROOM*

Case Number: **220800830**
Cite Number:

Incident Type: **WEAPONS VIOLATIONS**
Division: **HIGHWAY PATROL**
County: **ELKO**

Suspect(s): **STEINMAN, TRISTON**

Collecting Officer: **BOYER, WILLIAM (64981)**

| BarCode | Pkg # | Item Type | Description | Current Location |
|---|---|---|---|---|
| 219734 | 73 | FIREARM ACCESSORIES | 3 POLYMER 80 P80 JIG KITS/1 80% LOWER JIG/1 PISTOL HOLSTER | INTAKE |
| 219735 | 74 | SPORTING GOODS | NONE NONE Serial #: none<br>1 PLATE CARRIER VEST WITH PLATES/1 BLACK MAGAZINE POUCH/1 BROWN MAGAZINE POUCH | INTAKE |
| 219736 | 75 | TOOLS | NONE NONE Serial #: none<br>1 TOOLBOX W/TOOLS/1 DREMEL TOOL/1 DEWALT ROUTER TOOL/1 DREMEL TOOL KIT/MISC BAG OF TOOLS | INTAKE |
| 219737 | 76 | MISC. ITEMS | 18 AEROSAL CANS PAINT AND GUN OIL | INTAKE |
| 219738 | 77 | ELECTRONIC EQUIPMENT | APPLE IPHONE Serial #: none<br>1 APPLE IPHONE | INTAKE |
| 219739 | 78 | AMMUNITION | 139 ROUNDS .223/5.56 AMMO | INTAKE |
| 219740 | 79 | AMMUNITION | 85 ROUNDS .40 CAL AMMO | INTAKE |
| 219741 | 80 | AMMUNITION | 28 ROUNDS .45 CAL AMMO | INTAKE |
| 219742 | 81 | AMMUNITION | 50 ROUNDS 9MM AMMO IN BOX/17 ROUNDS 9MM LOOSE AMMO | INTAKE |
| 219746 | 82 | AMMUNITION | 35 ROUNDS 7.62X39 AMMO | INTAKE |
| 219747 | 83 | PARAPHERNALIA | HEMP CONES FOR MARIJUANA | INTAKE |
| 219748 | 84 | DRUGS & ILLEGAL SUBST. | 3221.6 GROSS GRAMS (7.102 POUNDS) GREEN LEAFY SUBSTANCE PRESUMPTIVELY POSITIVE FOR MARIJUANA | INTAKE |
| 219749 | 85 | DRUGS & ILLEGAL SUBST. | 12 CANISTERS WAXY SUBSTANCE PRESUMPTIVELY POSITIVE FOR THC 1330.0 GROSS GRAMS | INTAKE |
| 219750 | 86 | DRUGS & ILLEGAL SUBST. | 36 SYRINGES BROWN SUBSTANCE POSITIVE FOR THC 141.7 GROSS GRAMS | INTAKE |

Nevada Department of Public Safety
Property Report
***ELKO PROPERTY ROOM***

Case Number: **220800830**
Cite Number:

Incident Type: **WEAPONS VIOLATIONS**
Division: **HIGHWAY PATROL**
County: **ELKO**

Suspect(s): **STEINMAN, TRISTON**

Collecting Officer: **BOYER, WILLIAM (64981)**

| BarCode | Pkg # | Item Type | Description | Current Location |
|---|---|---|---|---|
| 219751 | 87 | DRUGS & ILLEGAL SUBST. | 2 THC VAPE CARTRIDGES 37.3 GROSS GRAMS | INTAKE |
| 219752 | 88 | PARAPHERNALIA | 2 DIGITAL SCALES/1 METAL GRINDER/1 CONE FILLER/LOADER | INTAKE |
| 219753 | 89 | DOCUMENTS | PACKAGING SLIPS/RECEIPTS | INTAKE |

# GOVERNMENT EXHIBIT 2 -

# Forensic Report #1 –

# Controlled Substances

(USAO 000032)

**WASHOE COUNTY SHERIFF'S OFFICE**
**FORENSIC SCIENCE DIVISION**
911 Parr Boulevard, Reno, NV 89512
(775) 328-2800 ▪ WCSO-FSD@washoecounty.us

ANAB ACCREDITED ISO/IEC 17025 FORENSIC TESTING LABORATORY

# FORENSIC REPORT # 1 - CONTROLLED SUBSTANCES

| | | | |
|---|---|---|---|
| **Case No.:** | **220800830** | **Lab Number:** | **FSD22-003922** |
| **Agency:** | **NV STATE POLICE - ELKO** | **Requested By:** | **WAUAGH, AMANDA** |
| **Address:** | **3920 E. Idaho Street** | | |
| | **Elko NV 89801** | | |
| **Subject:** | **STEINMAN, TRISTON H.** | | |

I, Brad L. Taylor, hereby declare that:

I am employed as a Criminalist by the Washoe County Sheriff's Office Forensic Science Division (WCSO-FSD); My professional and academic training and experience have qualified me to perform analyses so as to detect the presence and identity of controlled substances, the use or possession of which is regulated by Chapter 453 of NRS; I have qualified as an expert witness in this field in the 1st, 2nd, 3rd, 4th, 6th, 7th, 9th, 10th and 11th Judicial District Courts of the State of Nevada;

On 10/11/2022 I received the below listed evidence from the WCSO-FSD Evidence Section under the above agency case number and laboratory number. On 10/12/2022 I analyzed/examined the evidence:

**EVIDENCE ANALYZED/EXAMINED**

| Item # | Agency Item # | Description |
|---|---|---|
| 1 | 219748 | 16 exhibits of dried green plant material |
| 1.1 | | 1 plastic packet of dried green plant material |

**RESULTS/CONCLUSIONS**

| Item # | Substance Description | Identification | Weight/Number |
|---|---|---|---|
| 1 | 16 exhibits of plant material | N/A | 3246.1 grams total gross weight |
| 1.1 | Plant material | Cannabis- Marijuana Indicated | 446.4 ±(3.0) grams net weight |

The net weights listed above represent a confidence level of 99.73%

Note 1 Item 1.1 was analyzed; No further analysis was performed on the remaining exhibits at this time
Note 1.1 Delta-9-Tetrahydrocannabinol (THC) was identified as the primary cannabinoid in the plant material; Identification could not be confirmed because quantitation is outside the scope of work that the Division offers for drug analysis

**Method(s):**
macroscopic examination (Item 1.1)
microscopic examination (Item 1.1)
color tests (Item 1.1)
gas chromatography/mass spectrometry (Item 1.1)

**Disposition Policy:** Per WCSO-FSD policy, all items will be transferred to a WCSO-FSD evidence storage location unless they have been indicated as disposed or consumed.

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

10/13/2022

Brad L. Taylor
Criminalist

Date

This test report or calibration certificate shall not be reproduced except in full, without written approval of the laboratory.

Reviewed By



USAO 000032

216

# GOVERNMENT EXHIBIT 3 - Forensic Report #2 – Firearms

(USAO 000847 – USAO 000853)

**WASHOE COUNTY SHERIFF'S OFFICE**
**FORENSIC SCIENCE DIVISION**
911 Parr Boulevard, Reno, NV 89512
(775) 328-2800 ▪ WCSO-FSD@washoecounty.us

# FORENSIC REPORT # 2 - FIREARMS

| | | | |
|---|---|---|---|
| **Case No.:** | **220800830** | **Lab Number:** | **FSD22-003922** |
| **Agency:** | **NV STATE POLICE - ELKO** | **Requested By:** | **Waugh, Amanda** |
| **Address:** | **3920 E. Idaho Street<br>Elko NV 89801** | | |
| **Subject:** | **Steinman, Triston H.** | | |

## EVIDENCE ANALYZED/EXAMINED

| Item # | Agency Item # | Description |
|---|---|---|
| 2 | 219643 | A box containing a rifle |
| 2.1 | | Privately Made Firearm .308 Win rifle, no serial number |
| 2.1.1 | | Test fires from the Privately Made Firearm .308 Win rifle, no serial number |
| 3 | 219660 | A box containing a pistol |
| 3.1 | | Privately Made Firearm, 7.62 x 39mm pistol, no serial number |
| 4 | 219658 | A box containing a pistol |
| 4.1 | | Privately Made Firearm, 7.62 x 39mm pistol, no serial number |
| 4.1.1 | | Test fires from the Privately Made Firearm, 7.62 x 39mm pistol, no serial number |
| 5 | 219652 | A box containing a pistol |
| 5.1 | | Privately Made Firearm, 7.62 x 39mm pistol, no serial number |
| 6 | 219651 | A box containing a rifle |
| 6.1 | | Privately Made Firearm .308 Win rifle, no serial number |
| 6.1.1 | | Test fires from the Privately Made Firearm .308 Win rifle, no serial number |
| 7 | 219653 | A box containing a pistol |
| 7.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 7.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 8 | 219662 | A box containing a rifle |
| 8.1 | | Privately Made Firearm .223 Rem rifle, no serial number |
| 8.1.1 | | Test fires from the Privately Made Firearm .223 Rem rifle, no serial number |
| 9 | 219645 | A box containing a pistol |
| 9.1 | | Privately Made Firearm 5.56 NATO pistol, no serial number |
| 9.1.1 | | Test fires from the Privately Made Firearm 5.56 NATO pistol, no serial number |
| 10 | 219657 | A box containing a pistol |
| 10.1 | | Privately Made Firearm 5.56 NATO pistol, no serial number |

| | | |
|---|---|---|
| 10.1.1 | | Test fires from the Privately Made Firearm 5.56 NATO pistol, no serial number |
| 11 | 219654 | A box containing a pistol |
| 11.1 | | Privately Made Firearm 5.56 NATO pistol, no serial number |
| 11.1.1 | | Test fires from the Privately Made Firearm 5.56 NATO pistol, no serial number |
| 12 | 219661 | A box containing a pistol |
| 12.1 | | Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 12.1.1 | | Test fires from the Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 13 | 219647 | A box containing a rifle |
| 13.1 | | Privately Made Firearm 7.62 x 39mm rifle, no serial number |
| 13.1.1 | | Test fires from the Privately Made Firearm 7.62 x 39mm rifle, no serial number |
| 14 | 219663 | A box containing a pistol |
| 14.1 | | Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 14.1.1 | | Test fires from the Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 15 | 219659 | A box containing a pistol |
| 15.1 | | Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 16 | 219646 | A box containing a rifle |
| 16.1 | | Privately Made Firearm .308 Win rifle, no serial number |
| 16.1.1 | | Test fires from the Privately Made Firearm .308 Win rifle, no serial number |
| 17 | 219656 | A box containing a pistol |
| 17.1 | | Privately Made Firearm 5.56 NATO pistol, no serial number |
| 17.1.1 | | Test fires from the Privately Made Firearm 5.56 NATO pistol, no serial number |
| 18 | 219649 | A box containing a rifle |
| 18.1 | | Privately Made Firearm .308 Win rifle, no serial number |
| 18.1.1 | | Test fires from the Privately Made Firearm .308 Win rifle, no serial number |
| 19 | 219644 | A box containing a rifle |
| 19.1 | | Privately Made Firearm 7.62 x 39mm rifle, no serial number |
| 19.1.1 | | Test fires from the Privately Made Firearm 7.62 x 39mm rifle, no serial number |
| 20 | 219664 | A box containing a pistol |
| 20.1 | | Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 20.1.1 | | Test fires from the Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 21 | 219665 | A box containing a rifle |
| 21.1 | | Privately Made Firearm .308 Win rifle, no serial number |
| 21.1.1 | | Test fires from the Privately Made Firearm .308 Win rifle, no serial number |
| 22 | 219648 | A box containing a rifle |
| 22.1 | | Privately Made Firearm 7.62 x 39mm rifle, no serial number |

| | | |
|---|---|---|
| 22.1.1 | | Test fires from the Privately Made Firearm 7.62 x 39mm rifle, no serial number |
| 23 | 219650 | A box containing a firearm |
| 23.1 | | Privately Made Firearm 5.56 NATO, no serial number |
| 23.1.1 | | Test fires from the Privately Made Firearm 5.56 NATO, no serial number |
| 24 | 219655 | A box containing a pistol |
| 24.1 | | Privately Made Firearm 7.62 x 39mm pistol, no serial number |
| 25 | 219688 | A box containing a pistol and a magazine |
| 25.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 25.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 25.2 | | One Magpul magazine |
| 26 | 219685 | A box containing a pistol and a magazine |
| 26.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 26.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 26.2 | | One Magpul magazine |
| 27 | 219710 | A box containing a pistol |
| 27.1 | | Privately Made Firearm .40 S&W pistol, no serial number |
| 27.1.1 | | Test fires from the Privately Made Firearm .40 S&W pistol, no serial number |
| 28 | 220768 | A box containing a pistol and a magazine |
| 28.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 28.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 28.2 | | One Magpul magazine |
| 29 | 219707 | A box containing a pistol and a magazine |
| 29.1 | | Privately Made Firearm .40 S&W pistol, no serial number |
| 29.1.1 | | Test fires from the Privately Made Firearm .40 S&W pistol, no serial number |
| 29.2 | | One Glock magazine |
| 30 | 219686 | A box containing a pistol |
| 30.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 30.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 31 | 219689 | A box containing a pistol and a magazine |
| 31.1 | | Privately Made Firearm .40 S&W pistol, no serial number |
| 31.1.1 | | Test fires from the Privately Made Firearm .40 S&W pistol, no serial number |
| 31.2 | | One 9mm Luger Magpul magazine |
| 32 | 219687 | A box containing a pistol and a magazine |
| 32.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 32.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 32.2 | | One P80 magazine |

| | | |
|---|---|---|
| 33 | 219683 | A box containing a pistol |
| 33.1 | | Privately Made Firearm .40 S&W pistol, no serial number |
| 33.1.1 | | Test fires from the Privately Made Firearm .40 S&W pistol, no serial number |
| 34 | 219684 | A box containing a pistol |
| 34.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 34.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 35 | 219711 | A box containing a pistol |
| 35.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 35.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 36 | 219690 | A box containing a pistol |
| 36.1 | | Privately Made Firearm .45 Auto pistol, no serial number |
| 36.1.1 | | Test fires from the Privately Made Firearm .45 Auto pistol, no serial number |
| 37 | 219708 | A box containing a pistol |
| 37.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 37.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 38 | 219709 | A box containing a pistol |
| 38.1 | | Privately Made Firearm .45 Auto pistol, no serial number |
| 38.1.1 | | Test fires from the Privately Made Firearm .45 Auto pistol, no serial number |
| 39 | 220764 | A box containing a pistol and a magazine |
| 39.1 | | Privately Made Firearm 9mm Luger pistol, no serial number |
| 39.1.1 | | Test fires from the Privately Made Firearm 9mm Luger pistol, no serial number |
| 39.2 | | One P80 magazine |

## RESULTS/CONCLUSIONS

**NIBIN ENTRY - NO LEAD:**

The following were test fired and a test fired cartridge case from each was entered into the Integrated Ballistic Identification System (IBIS) under case number RNO22-003922 and searched against the National Integrated Ballistic Information Network (NIBIN) database. No potential leads were located at this time. Should a lead be located in the future, your agency will be notified.

Lab Item # 2.1 - Privately Made Firearm .308 Win rifle, no serial number,
Lab Item # 4.1 - Privately Made Firearm, 7.62 x 39mm pistol, no serial number,
Lab Item # 6.1 - Privately Made Firearm .308 Win rifle, no serial number,
Lab Item # 7.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 8.1 - Privately Made Firearm .223 Rem rifle, no serial number,
Lab Item # 9.1 - Privately Made Firearm 5.56 NATO pistol, no serial number,
Lab Item # 10.1 - Privately Made Firearm 5.56 NATO pistol, no serial number,
Lab Item # 11.1 - Privately Made Firearm 5.56 NATO pistol, no serial number,
Lab Item # 12.1 - Privately Made Firearm 7.62 x 39mm pistol, no serial number,
Lab Item # 13.1 - Privately Made Firearm 7.62 x 39mm rifle, no serial number,
Lab Item # 14.1 - Privately Made Firearm 7.62 x 39mm pistol, no serial number,

Lab Item # 16.1 - Privately Made Firearm .308 Win rifle, no serial number,
Lab Item # 17.1 - Privately Made Firearm 5.56 NATO pistol, no serial number,
Lab Item # 18.1 - Privately Made Firearm .308 Win rifle, no serial number,
Lab Item # 19.1 - Privately Made Firearm 7.62 x 39mm rifle, no serial number,
Lab Item # 20.1 - Privately Made Firearm 7.62 x 39mm pistol, no serial number,
Lab Item # 21.1 - Privately Made Firearm .308 Win rifle, no serial number,
Lab Item # 22.1 - Privately Made Firearm 7.62 x 39mm rifle, no serial number,
Lab Item # 23.1 - Privately Made Firearm 5.56 NATO, no serial number,
Lab Item # 25.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 26.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 27.1 - Privately Made Firearm .40 S&W pistol, no serial number,
Lab Item # 28.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 29.1 - Privately Made Firearm .40 S&W pistol, no serial number,
Lab Item # 30.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 31.1 - Privately Made Firearm .40 S&W pistol, no serial number,
Lab Item # 32.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 33.1 - Privately Made Firearm .40 S&W pistol, no serial number,
Lab Item # 34.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 35.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 36.1 - Privately Made Firearm .45 Auto pistol, no serial number,
Lab Item # 37.1 - Privately Made Firearm 9mm Luger pistol, no serial number,
Lab Item # 38.1 - Privately Made Firearm .45 Auto pistol, no serial number and
Lab Item # 39.1 - Privately Made Firearm 9mm Luger pistol, no serial number

The correlations in this report were performed by ATF's NIBIN National Correlation and Training Center (NNCTC). The correlations performed by the NNCTC are outside the laboratory's scope of accreditation.

Note: Items 3.1, 5.1, 15.1 and 24.1 were incapable of firing for unknown reasons. No test fires were acquired for these items.

**Method(s):**
NIBIN entry and correlation (Items 2.1.1, 4.1.1, 6.1.1-14.1.1, 16.1.1-23.1.1 and 25.1.1-39.1.1)
Test firing - range (Items 2.1, 4.1, 6.1-14.1, 16.1-23.1 and 25.1-39.1)

**Date(s) of Analysis:**
10/12/2022 to 10/21/2022

**Disposition Policy:** Per WCSO-FSD policy, all items will be transferred to a WCSO-FSD evidence storage location unless they have been indicated as disposed or consumed.

11/17/2022

Kimberly Davis
Laboratory Assistant

Date

This test report or calibration certificate shall not be reproduced except in full, without written approval of the laboratory.

## REPORT APPENDIX

### METHODS

**Ammunition Component Examination:** Examination of general characteristics of unfired/fired ammunition/ammunition components that can lead to conclusions such as caliber, make and/or brand of ammunition, and identity of ammunition fragments.

**Chemical Processing:** Chemical techniques and processes used for serial number restoration and gunshot residue and distance determination testing.

**Distance Determination:** Process commonly used to determine the muzzle to target distance at the time a firearm was fired. This method may also be used to determine the presence of gunshot residues on various items of evidence.

**Ejection Pattern:** Examination used to evaluate the general direction and pattern of ejected fired cartridge cases during the firing process of a specific firearm.

**Firearm Examination:** Overall examination of the functionality and operability of a firearm and may include tests to evaluate safeties, internal/external firearm components, trigger pull force, barrel/overall length measurements, test firing, and magazine(s) submitted with a firearm.

**Fired Bullet GRC:** Evaluation of the rifling characteristics on a fired bullet to generate a list of firearms known to contain the same/similar rifling.

**Fired Cartridge Case Triage:** The process of assessing cartridge cases to determine the best representative sample from a group of cartridge cases having similar firearm produced markings for NIBIN entry. This is not, nor should it be interpreted as a comparative examination to determine how many firearms may have been responsible for firing the cartridge cases.

**Microscopic Comparisons:** Comparison of two or more items under a microscope to determine if any associations exist between the items.

**NIBIN Entry and Correlations:** Entry and database search of evidence fired cartridge cases and/or firearm test fires into the National Integrated Ballistics Information Network (NIBIN) to determine potential leads between firearms and crime scenes.

**Serial Number Restoration:** Recovery of removed, damaged, or obliterated serial numbers by mechanical and chemical processes.

**Trajectory Analysis:** Determination of the path of travel of a fired bullet/projectile.

**Test Firing:** Firing a firearm using ammunition.

Note: Only test firing a firearm does not determine a firearm's functionality and operability. A full Firearms Examination, as described above, would have to be completed to make this type of determination.

**Tool / Tool Mark Examination:** Examination of general characteristics on tools and tool marks.

## CONCLUSION QUALIFYING STATEMENTS

**Identification:** There is sufficient agreement of unique/individual marks on two or more items to conclude that the marks were created by the same source (tool). The conclusion that sufficient agreement for identification exists between two marks means that the likelihood another source could have made the questioned marks is so remote as to be considered a practical impossibility.

**Elimination:** There is significant differences in marks between two or more items, whether general (class) or individual, to conclude that the marks were not created by the source (tool).

**Inconclusive:** There is insufficient quality and/or quantity of unique/individual characteristics to identify or eliminate two marks as having been created by the same source (tool). An inconclusive conclusion can result from a lack of sufficient microscopic similarities, a lack of sufficient microscopic dissimilarities, or a lack of any observed similarities or dissimilarities.

Note: The reasoning for an inconclusive result will be documented in the report.

**NIBIN Lead:** A NIBIN correlation search and analyst review that indicates that two or more fired cartridge cases (crime evidence or test fires for a firearm) are potentially associated to one another. This is an investigative lead only and a microscopic comparison, by a firearms examiner, must be performed to confirm the lead.

**Privately Made Firearm (PMF):** A firearm, including a frame or receiver, assembled or otherwise produced by a person other than a licensed manufacturer, and without a serial number or other identifying markings placed by a licensed manufacturer at the time the firearm was produced.

## UNCERTAINTY OF MEASUREMENT (UM):

Below is a list of all UM's associated with equipment used to obtain measurements within the Firearms Section. Not all of the listed UMs may apply to this report. All UMs listed below are represented at a confidence interval of 99.73% (k=3).

| **Ammunition/Ammunition Component Weight** | |
|---|---|
| Balances | ± 0.47 grains |
| **Barrel and Overall Firearm Measurements** | |
| PFT MD-36 (Barrel) | ± 0.10 inch |
| PFT MD-36 (Overall) | ± 0.17 inch |
| **Distance Determination (Generation of Test Panels Only)** | |
| Tape Measure 0ft - 6ft | ± 0.24 inch |
| Disto Laser 0ft - 6ft | ± 0.31 inch |
| Disto Laser 6ft - 30ft | ± 0.90 inch |

| **Caliper and Micrometer Measurements** | |
|---|---|
| Caliper/Micrometer | ± 0.008 inch |
| **Linear Measurements** | |
| Tape Measure | ± 0.44 inch |
| Disto Laser | ± 0.74 inch |
| **Trajectory (Vehicle or Wall)** | |
| Vertical & Horizontal | ± 5 degrees |
| **Trigger Pull Weight** | |
| Trigger Pull | ± 0.75 pounds |

## LOCATIONS

**Test Firing – Range**: 5190 Spectrum Blvd #3903, Reno, NV 89512

# GOVERNMENT EXHIBIT 4 -

# Photos of Evidence Seized from Steinman's Vehicle

(Bates-stamps ranging from

USAO 000279 – USAO 000490)


HOLOSUN


TLR-1 HL
STREAMLIGHT








STORAGE
AWS-600 QUICK START GUIDE
Refer to manual for more instructions
PLACE CONTAINER ON THE PLATFORM
PRESS TARE TO ZERO OUT THE SCALE
PLACE ITEMS IN THE CONTAINER TO WEIGH
WAIT UNTIL THE SCREEN SAYS PASS
YOU'RE DONE!
AWS
AWS-600
Capacity:600g
Graduation:0.1g
TARE
MODE
ON
OFF

USAO 000328


FINISH
-GLASS BEAD SATIN
AMMUNITION
PLATED, OR JACKETED
-DESIGNED FOR LEAD
ORIGINAL

USAO 000339






FoodSaver
FoodSaver
FoodSaver
FoodSaver


MARIJUANA
FoodSaver


RE - ZERO
PDI
enois-Levine Reagent System
E
MARIHUANA
Break left ampule -
agitate one minute.
Break middle ampule -
wait for color.
Break right ampule -
note color transfer
to lower layer.
CAUTION: Read Instructions Before Using
Contains Strong Acid.


METTLER TOLEDO
SB8001
1330.0 g
On
RE - ZERO
Motion


SB8001
Max 8100 g e = 1 g
Min 5 g d = 0.1 g
141.7 g
Motion
METTLER TOLEDO
F
Cal/Menu
On
Off
RE - ZERO


MARIHUANA


EVIDE
CAUTION SHARP BLADE
InLine ™
AWS
AWS-600 QUICK START GUIDE
420




THE ORIGINAL
CLEAN. PURE.
HEMP PAPER
Cones
ACTUAL SIZE
HEMPIRE.COM




93
THE ORIGINAL CLEAN. PURE. HEMP PAPER
Cones
HEMPIRE.COM
LIFE WTR