# Exhibit A

# Letters of Support

EXHIBIT

**The Honorable Anne R. Traum**
**U.S. District Court**

**Re: United States v. Triston Harris Steinman**
**Case No. 3:22-cr-00068-ART-CLB**

Dear Judge Traum,

My name is **Andrew Luke**, and I am writing this letter in support of **Triston Harris Steinman** for his upcoming sentencing hearing on November 2, 2026.

I currently live in Saint George, Utah, and am a father to two daughters, ages 11 and 14. I have raised my daughters as a single parent since 2016 and have had no contact with my ex-wife for nearly ten years. In October 2021, my daughters and I relocated from California to Utah. My parents made the move with us because, as a family, we wanted a different environment and a better place to build our future.

Professionally, I work remotely as a Client Solutions Analyst II for a health insurance company and work part-time as a server for Longhorn Steakhouse. Outside of work, much of my time revolves around my daughters, family activities, church, and staying active. In September 2026, I became engaged to my fiancée, Shelby, and we are scheduled to be married in May 2027. Triston will be standing beside me as my best man because he has become my closest friend, and I cannot imagine anyone else filling that role.

I first met Triston in the summer of 2022 while we were both working as servers at BigShots Golf. When I met him, I had no knowledge whatsoever of the federal charge he was facing. As our friendship grew, he gradually became more comfortable discussing his past and the mistakes he had made. When he finally told me about the offense, I was honestly shocked.

I want to be absolutely clear that I understand the seriousness of the crime and do not excuse or minimize it in any way. What he did was wrong. However, my reaction was disbelief because the Triston I had come to know did not resemble the person responsible for those actions. The man I know today is caring, hardworking, humble, family-oriented, and committed to improving himself. Even now, knowing the full details, it remains difficult for me to reconcile the person I know with the person he described from his past.

Over the last four years, Triston has become my best friend. We are in contact almost every day, whether through phone calls, text messages, church, family activities, gym sessions, or simply checking in on each other. Looking through my text messages and call logs would show that there are very few days where we have not communicated in some way.

Our friendship extends well beyond casual interaction. Our families have become close. My youngest daughter and his oldest daughter, Lila, are good friends and spend a great deal

of time together. During the summer, we frequently have pool days with our children. During the cooler months, we spend weekends riding side-by-sides and participating in outdoor activities together. We have attended church together with our children and have even taken vacations together, including a trip to the Bahamas in 2026 with our girlfriends and families.

One of the qualities I admire most about Triston is that he is always willing to help others without expecting anything in return. Many times, he has offered to help my parents move heavy items around their property or in and out of their garage. He has volunteered his time simply because he saw a need. In December 2024, when I moved from my town home into my current home, Triston was there helping me move, lift furniture, organize boxes, and get settled. He has been the type of friend who shows up when needed without having to be asked.

During one of the most difficult relationships I experienced between 2023 and 2024, Triston was an invaluable source of support. He listened to me for countless hours; I honestly would not shut up about it; it was hard not to. He never tried to control my decisions or told me what I should do. Instead, he listened, offered thoughtful advice, and reminded me that he would support me regardless of what path I chose. That ability to listen without judgment and genuinely care about another person's well-being is something I have always respected about him.

Perhaps the most meaningful example I can offer is the impact he has had on my daughters. My oldest daughter experienced a difficult period where she was associating with bad friends, making poor choices, and was even caught with marijuana at school. Triston took time to speak with her honestly about life choices, consequences, responsibility, and how poor decisions can affect opportunities later in life. Those conversations carried weight because they came from someone who understood firsthand how mistakes can follow a person. His guidance helped her understand the seriousness of her actions in a way that I believe made a real difference.

Today my daughter is focused on school, maintaining excellent attendance, and earning strong grades. She currently has all A's and one B. While her success belongs to her, I know that Triston's encouragement and mentorship played a role in helping her get back on track. My daughters trust him, look up to him, and genuinely enjoy being around him. In many ways, they view him as a favorite uncle.

In my opinion, Triston possesses qualities that are increasingly rare. He is loyal, hardworking, dependable, caring, reserved, and selfless. He works hard in every area of his life. Whether it is pursuing his electrician career, working toward obtaining his journeyman

license, building a mobile detailing business from the ground up, maintaining his physical fitness, or strengthening his relationships with his children, he invests effort and commitment into everything he does.

Throughout our friendship, Triston has spoken openly about his childhood, his upbringing, the choices he made as a young man, and the regrets he carries from those choices. What stands out to me is that he has never attempted to justify his mistakes. Instead, he talks about what he learned from them and how determined he is to create a different future for himself and his family.

His goals are simple but meaningful. He wants to continue building his career. He wants to spend as much time as possible with his children and be present in their lives every day. He wants to marry his girlfriend, Journ, continue growing their relationship, expand their family, and purchase a home where they can build lasting memories together. He wants financial stability, not for status, but so he can provide experiences and opportunities for the people he loves.

One thing I have always admired is that Triston genuinely wants to become the kind of man his children can look up to. He often talks about his father, the success he has achieved, and his desire to build something similar for himself. He hopes to own his own business one day, be his own boss, and create a life that allows him to provide for his family while remaining present in their lives.

I believe Triston's future is bright. I have already seen the impact his personal growth has had on those around him. His story serves as proof that people can change. He has positively influenced me, my daughters, and many others simply by sharing his experiences and encouraging people to make better choices than he made in the past.

I trust Triston with my life, my family, and my children. I have watched him grow into a man of integrity, responsibility, and compassion. While I fully recognize the seriousness of the offense before the Court, I also believe that the man standing before you today is not defined solely by the worst mistake he ever made. He is a devoted father, a loyal friend, a supportive partner, and someone who has demonstrated a sincere commitment to becoming a better person every day.

Thank you for taking the time to read this letter and consider my perspective.

Respectfully,

**Andrew Luke**
Saint George, Utah

**From:** Jerry Mitchell [redacted]
**Date:** October 22, 2026 at 09:19:00 PDT
**To:** Sean McClelland <Sean_McClelland@fd.org>
**Subject: Letter for Triston Steinman**

Dear Judge Traum,

My name is Jerry Mitchell, and I am writing on behalf of Triston Steinman.

I first met Triston while he was working at Marine United. I have a close relationship with Aaron, the owner of Marine United, and have detailed his private aircraft for years. After Triston left Marine United, he and I stayed in contact, and he began working with me in my aircraft detailing business. He has continued working with me over the past couple of years, including through the present, October 2026.

I mention this because my opinion of Triston comes from my own experiences working alongside him over an extended period of time. There have been plenty of times when I have been in a bind, under pressure, or dealing with last-minute deadlines, and Triston has come through for me. My company manages the detailing of many private aircraft in Southern Utah, and last-minute requests are very common. I believe when you work alongside someone for years, particularly doing physical work, you get a good sense of that person's character, work ethic, and reliability. I know Triston to be a very hard worker and someone I can rely on.

I want to make clear that the intent of this letter is not to excuse Triston's mistakes or minimize the decisions that brought him before the Court. He has to take responsibility for those decisions. At the same time, I do not believe that the worst decisions someone has made tell you everything about who that person is or who he is capable of becoming.

Over the years, Triston has opened up to me about his life, his upbringing, and especially his two children. Some of those conversations have been personal enough that I do not believe it would be appropriate for me to repeat them here, but they have given me a perspective on him that I believe is important for the Court to know.

I truly believe Triston is a good father.

I do not say that simply because it sounds good in a letter to a judge. I say it because of conversations we have had when there was no reason for him to be trying to impress me. I

have heard the way he talks about his children, the things he worries about, and what he wants for them. I know his love for his children is genuine.

Triston is 28 years old and the father of two children. I know his relationship with their mother has changed over the years. When I first started working with Triston, they were living together at his father's house. Regardless of how that relationship has changed today, his role as a father remains important. His children need stability, and I know first hand Triston wants to remain present in their lives and continue becoming a better father to them.

I have also come to believe that Triston is someone who is strongly influenced by his environment and the people around him. I have noticed this in the way he speaks, the way he carries himself, and through the things he has shared with me about his past. I do not claim to know every detail of his upbringing, and this is an observation I have kept to myself. Based on the things he has told me and what I have observed over the years, I believe he grew up around negative circumstances, influences, and friendships that were very different from those I experienced growing up. In many ways, I think Triston became a product of his environment without having all of the tools or positive influences he needed to set himself up for success.

I do not offer that as an excuse for anything he has done. I offer it as context.

I believe one of the most important influences on a person's life is his environment. The people and circumstances around someone can shape what seems normal, what behavior is rewarded, and what opportunities he believes are available to him. That does not eliminate personal responsibility, but I believe it matters when considering someone's ability to change and what circumstances are most likely to help that change happen.

Some of the conversations with Triston that stick out to me most when thinking about who he is as a person have been his observations about moving to St. George.

Triston has described to me how different life feels here. He has told me that it was strange to him that people wave to each other on the street, that people are so friendly, and that people seem to have genuine friendships and connections. He has said that where he came from in Washington, people generally kept to themselves, might know only a few people, and did not necessarily talk to others or build the same kind of community relationships.

He has also commented on how everyone in St. George seems to know everyone else, how people network, and how involved people can be in one another's lives. He has said that this has been unusual for both him and his father to adjust to after coming from the outskirts of a larger city in Washington.

Those comments particularly stick with me as I write this letter. To me, they show how different this environment is from what Triston was accustomed to and that he recognizes there is another way of living—one that is healthier, more connected, and surrounded by better influences.

I truly do not believe Triston would have ended up in the same situation with the courts had he grown up in an environment like St. George, Utah. I believe living here has given him an opportunity to distance himself from many of the influences that affected him earlier in life. From what I have seen, living with his father in St. George has provided him with more stability and an opportunity to grow and change the direction of his life. In my opinion, moving here has also allowed a more natural and genuine real side of Triston's character to come through and develop.

I want to be careful not to overstate my knowledge of Triston's relationship with his father. I have not spent significant time with his father personally and have mainly seen him briefly when picking Triston up from his father's home. What I can speak to is what I have personally observed in Triston. Since he has been living in Utah, I have seen someone capable of working hard, being dependable, contributing, and building a more stable life.

I do not personally think of Triston as a bad person. I see a friend who has made serious mistakes but who still has a great deal of his life in front of him.

At 28 years old, I think Triston is at an extremely important defining point in his life. It is my belief that the decisions he makes and the environment he surrounds himself with over the next several years will shape the direction of the rest of his life. I understand that you as a judge must weigh many factors, that I am not in a position to evaluate, and I respect that. But it is my honest opinion that incarceration is not the best punishment/rehabilitation for his actions.

My honest take on the situation is that Triston is particularly responsive to his surroundings. I personally think an extended period of incarceration dominated by the kinds people influences/ in those settings is not the place he needs to be. In fact I think that is exactly the type of environment he needs to/has left behind. I also think about his two children and

the years of their lives that neither they nor their father could ever get back. I recently became a father 6 months ago at 30 years old and thinking about Triston's potential situation and his kids potential situation if he gets incarcerated breaks my heart.

I believe Triston needs accountability. He needs structure, expectations, consequences, and people who will hold him to a higher standard. I don't think he will have those in Prison. But if the Court determines there is an appropriate alternative to incarceration that allows him to continue working, support and remain present for his children, and demonstrate through his actions that he can choose a different direction, I sincerely believe that would give him the best possible setup to truly succeed and I truly believe he will succeed.

What I am asking is that if you/ the court believes it is appropriate, he be given the opportunity to prove it.

I have seen him show up, work hard, help me when I needed him, and continue working productively all the way up to his sentencing. I have heard him speak about his children in a way that has convinced me that there is a good father and a good person there. I can't deny it. I have personally seen him over the last few years become a better man and develop.

I would not put my name on this letter if I did not believe what I am writing.

I respectfully ask the Court to consider a sentence that holds Triston accountable while, if possible, allowing him the opportunity to continue working, remain present for his two children, benefit from the more positive environment he has found in Utah, and prove through his actions what kind of man and father he is capable of becoming.

Thank you for taking the time to read this letter and for considering my perspective.

Jerry Mitchell

Attachment Photograph of Triston working with me on an Epic AX1000 and Pilatus PC-12 for one of our clients.


FM


EPIC AIRCRAFT
N435AX

**From:** Josh Steinman [redacted]
**Sent:** Friday, October 2, 2026 7:30 AM
**To:** Sean McClelland <Sean_McClelland@fd.org>
**Subject:** Triston Steinman
Dear Judge Anne R. Traum,

I am writing in support of my nephew, Triston Steinman, in advance of his upcoming sentencing hearing.

My name is Joshua Steinman. I am 47 years old, live in Las Vegas, Nevada, and work as a registered nurse. Triston is my nephew, and I have known him since the day he was born. I have remained in regular contact with Triston throughout his life, typically speaking with or seeing him about once a month. I am very close to Triston and his family, and I have had the opportunity to watch him grow into the man and father he is today.

I am aware that Triston has pleaded guilty to a federal charge. When I first learned about the incident, my reaction was one of genuine disbelief because, knowing Triston as I do, I had difficulty reconciling what happened with the person I have known throughout his life. I want to be clear that I do not condone the crime or his actions in any way. At the same time, I am glad that Triston has taken responsibility and is taking steps to put this matter behind him.

In my experience, Triston is a good human being, a devoted father, and a family-oriented person. His children are extremely important to him, and he prioritizes them and his responsibilities as a father. He has always been someone who cares deeply about his family and the people around him.

Since this incident, I have seen Triston make an effort to stay out of trouble and move forward in a positive direction. He has a full-time job and has been working hard to build a stable future for himself and his children. He is remorseful about what he has done, and I believe he understands the seriousness of his actions.

I believe Triston's future can still be very bright if he is given the opportunity to continue on the path he has been working toward. He is motivated to make better choices, remain responsible, support his children, and become a better person because of this experience.

I respectfully ask the Court to consider not only the offense for which Triston is being sentenced, but also the person I have known him to be throughout his life, the remorse he

has expressed, his responsibilities as a father, and the efforts he is making to move forward.

Thank you for taking the time to consider my perspective and for allowing me to share what I know about Triston's character.

Respectfully,

Joshua Steinman
Las Vegas, Nevada

**From:** Journey Adair [redacted]
**Date:** October 13, 2026 at 08:31:02 PDT
**To:** Sean McClelland <Sean_McClelland@fd.org>
**Subject: Triston Steinman Case 2026**

October 13, 2026
The Honorable Anne R. Traum
United States District Court
District of Nevada
Re: United States v. Triston Harris Steinman
Case No. 3:22-cr-00068-ART-CLB
Dear Judge Traum,

My name is Journey Adair, and I am writing this letter in support of Triston Harris Steinman as he approaches sentencing. I have lived in St. George, Utah, my entire life, and I am a veterinary technician who has worked in the veterinary field for the past four years. I am writing because I love Triston deeply, but more importantly, because I want to share the person I have come to know, the love and care he has shown me and his family, and the future I truly believe he is capable of building.

Triston and I met on October 31, 2025, on Halloween. I never could have imagined that meeting him that night would change my life the way it has. Since then, we have spent almost every single day together. In that time, he has become so much more than my boyfriend. He is my best friend, my biggest supporter, the person I turn to when life gets difficult, and the person I hope to spend the rest of my life with. Spending so much time together has allowed me to see who he is through both the good days and the difficult ones.

I learned about Triston's federal case just a couple of weeks after we met. Although our relationship was still new, knowing what he was facing did not change my desire to continue getting to know him and standing beside him, regardless of what happened. I am aware that Triston has pleaded guilty to a federal charge, and I understand that his actions were wrong and that those actions carry serious consequences. I do not excuse what he did or believe that loving someone means overlooking their mistakes. I understand that accountability is important. At the same time, I believe that a person's worst decisions do not have to define who they are for the rest of their life.

One of the things that made me fall in love with Triston is the way he loves the people in his life. He has so much love for his family, and especially for his children. He will always help anyone in need. Seeing how much his children mean to him has shown me a side of him that I deeply admire. I see how important being a father is to him, and it means so much to me to know that the man I love has that kind of love in his heart. His devotion to his family is one of the reasons I can picture building a family of our own with him someday.

From what I have seen, his federal case has been used as a reason to prevent him from seeing his children, even though maintaining a relationship with them is extremely important to him. I have seen how much this has hurt Triston and how deeply he worries about the effect it has had on his children.

I understand that I do not know every detail of the family or custody circumstances, and I do not intend to minimize anyone else's concerns or excuse Triston's past conduct. However, It is very painful to see children placed in the middle of adult circumstances in this way.

Triston loves his children deeply and wants to be present in their lives. He wants to be a father they can depend on and a positive influence as they grow. Despite the obstacles he has faced, he continues to care about their well-being and hopes to maintain a meaningful relationship with them. I believe that being able to remain connected to his children would be important not only for Triston, but also for the children themselves.

The way Triston takes care of me is something I struggle to fully put into words because there are simply too many examples to name. He supports me emotionally, financially, and physically whenever I need him. When I am sick, struggling, overwhelmed, or simply having a bad day, he makes sure he is there for me. He cares about my happiness, my health, and my well-being. He always wants to make sure I have what I need and that I know I am loved. What means even more to me is that his care does not disappear when things are difficult between us. Like any couple, we have disagreements, but even when we are arguing, he still makes sure I am okay. He does not stop caring about me just because we are having a hard moment. That consistency has shown me a kind of love that I had never experienced before.

Throughout my life, I have never felt as consistently cared for and supported as I have with Triston, not even by my own parents. That is not something I say lightly. He has shown me what it feels like to have someone truly want to be there for me, not only when things are easy, but when life becomes difficult. He makes me feel safe, valued, appreciated, and loved. He has become such an important part of my everyday life, and I am incredibly grateful for the love and support he gives me.

Triston and I have spent so much time talking about our future. We want to get married, have children together, and build a family of our own. We have talked about the life we want to create and the memories we hope to make. When I picture my future, I see him standing beside me. I see us raising children, supporting each other through life's challenges, celebrating milestones, and growing old together. These are not just passing dreams to me. They are things I genuinely hope to experience with the man I love.

Knowing that our future is uncertain is heartbreaking. It is difficult to think about the possibility of being separated from someone who has become such an important part of my life. It is painful to imagine not having him beside me for the ordinary moments that have come to mean so much. But I also understand that this situation is bigger than my

feelings, and I respect the responsibility the Court has in determining an appropriate sentence.

I believe Triston has the potential to learn from his mistakes, grow as a person, and continue making positive changes in his life. I believe he has so much to offer his children, his family, and the people who love him. I know that I cannot change his past, and neither can he, but I believe that his future can still be meaningful and filled with responsibility, purpose, and love.

I want to continue being part of his support system. I want to encourage him to make good decisions, hold himself accountable, and work toward becoming the best version of himself. My commitment to standing beside him does not mean ignoring the seriousness of his circumstances. It means believing that he is capable of growing beyond them and wanting to support him in doing so.

I respectfully ask the Court to consider not only the circumstances that brought Triston here, but also the relationships he has with his children and family, the care he provides to those who depend on him, and the support he has from people who genuinely want to see him succeed and make positive choices.

I know that my love for Triston cannot erase the past or determine what happens next. I can only speak from my heart about the man I have come to know through our time together. He has brought so much love, comfort, and happiness into my life. He has shown me what it means to be cared for consistently, and he has given me hope for a future filled with marriage, children, family, and a lifetime of memories together.

I love Triston with all my heart, and I will continue to stand beside him through whatever challenges lie ahead. I sincerely hope that, when considering his sentence, the Court will also recognize his potential for rehabilitation and the meaningful role he can continue to have in the lives of those who love him.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Journey Adair

St. George, Utah

Sent from my iPhone

**10.5.2026**

**The Honorable Anne R. Traum**
**U.S. District Court**

**Dear Judge Traum,**

My name is Karen Wavrunek. I am 42 years old, reside in Bloomington, Minnesota, and have been employed by AT&T for nearly 20 years, where I currently serve as a Manager of Credit & Collections. I have known Triston Steinman for approximately seven and a half years through my sister, Sherri Kohlbeck, who has been in a committed relationship with Triston's father, Matthew Steinman.

I am writing in support of Triston as the Court considers his upcoming sentencing. I respectfully ask that you consider the significant personal growth, rehabilitation, and positive changes he has demonstrated over the past four years, as well as the direction his life is now taking.

When I learned that Triston had pleaded guilty to the charges against him, I was both surprised and incredibly proud. The Triston I knew during the first few years of our acquaintance would not have accepted responsibility for his actions in this way. His willingness to acknowledge his wrongdoing and accept accountability speaks to the profound growth he has achieved through his sobriety and personal transformation.

To be candid, my opinion of Triston during those early years was not a favorable one. I observed a young man who lacked maturity and accountability, making decisions that had serious consequences for both him and his children. At that time, I saw someone struggling to become the man he wanted to be.

Everything changed when I came to know Triston in recovery. The first time I saw him after he had embraced sobriety, I hardly recognized him. He appeared healthy, focused, and clear-minded. More importantly, I witnessed qualities that had previously been overshadowed by his addiction and poor choices.

I saw a caring, loving, and engaged father. I saw an attentive grandson and a respectful son. Rather than simply existing, he became a dependable and steady presence in the lives of his children. He became the person they could turn to when they needed comfort, guidance, or support. That was when I realized that Triston was no longer pretending to be the man, he aspired to become; he was actively becoming that man.

While I am not involved in his day-to-day educational and professional pursuits, I have observed enough to know that his commitment to furthering his education and completing an electrician apprenticeship is admirable. The contrast between the young man I first met and the person he is today is remarkable. He is striving to build a stable, productive life not only for himself but also for his children.

Lila and Malcolm are vibrant children who clearly love their father. While their early years may have been affected by the consequences of Triston's past decisions, they now have the opportunity to witness his growth, perseverance, and commitment to becoming a better parent and role model.

I fully understand that incarceration is a consequence of breaking the law. However, rehabilitation is also one of the central goals of our justice system. I respectfully ask the Court to consider the substantial rehabilitation that Triston has achieved outside the confines of incarceration. Nothing about his growth diminishes the seriousness of the offenses to which he pleaded guilty, nor does it excuse his conduct. Rather, it demonstrates that he has taken meaningful steps toward changing the course of his life.

No one can predict the future with certainty, but I hope the Court will recognize the strides Triston has made through his own determination and effort. I have known others in similar circumstances who chose not to take responsibility for their futures. Triston, however, has chosen a different path. He has worked to improve not only his own future but also the futures of his children.

Triston has accepted responsibility for his actions and admitted his guilt. I respectfully ask the Court to consider both his plea and the substantial work he has done to begin repairing the harm caused by his past choices and to fulfill his obligations to society.

In complete honesty, had I written this letter five years ago, its tone would have been entirely different. I would not have been advocating on Triston's behalf; I likely would have supported the harshest possible consequences. However, the transformation I have witnessed over the past several years has fundamentally changed my perspective. I do not lend my name or my support lightly, and I would not be writing this letter if I did not genuinely believe in the progress Triston has made and the person, he is continuing to become.

Thank you for your time and consideration.

**Respectfully,**

**Karen Wavrunek**

The Honorable Anne R. Traum
U.S. District Court

Re: United States v. Triston Harris Steinman
Case No. 3:22-cr-00068-ART-CLB

Dear Judge Traum,

My name is Kathryn (Kathi) Luke, and I am writing this letter in support of Triston Harris Steinman for his upcoming sentencing hearing on November 2, 2026.

I currently live in St. George, Utah, where my husband and I relocated in October 2021 after spending 57 years in California. Shortly before our move, my husband retired, and together we decided Utah would be the perfect place for our next chapter.

Professionally, I work remotely as a Senior Financial Analyst for a reinsurance company. My role requires me to evaluate information objectively, assess risk, and make sound judgments based on facts. Personally, I am the proud mother of an adult son and daughter and the grandmother of two wonderful granddaughters, ages 11 and 14. Outside of work, I enjoy spending time with my family, specially making memories with my granddaughters and appreciating the lifestyle that Southern Utah offers.

I first met Triston in the summer of 2022. My son was working a part-time job at a virtual golf course where he and Triston were both employed as servers. My son introduced Triston to our family shortly after they became friends, and over the past several years we have had the opportunity to get to know both him and his children.

When I first met Triston, I would never have guessed the background he had or the challenges he had faced in his past. Throughout the time I have known him, he has consistently been respectful, polite, and willing to help others. On several occasions, he willingly assisted our family with moving furniture and helping with projects around the house whenever we needed an extra hand. He has always conducted himself in a courteous and dependable manner.

After several months of getting to know Triston, my son explained Triston's past situation and the crime he had committed. Learning this was surprising to me because it did not align with the person I had come to know. In all my interactions with him, I have observed him to be responsible, respectful, and committed to living a productive life. He has never given me any reason to question his character or his intentions.

What has stood out most to me is the dedication he has shown to his children. Over the years, I have observed a father who genuinely cares about his family and strives to be present in his children's lives. He appears committed to providing them with love, support,

and stability. In my experience, his actions demonstrate a sincere desire to build a better future for himself and for those who depend on him.

I understand that Triston must be held accountable for the mistakes he made. At the same time, I believe people can learn from their past and make meaningful changes in their lives. Based on the person I have come to know since 2022, I believe Triston has worked hard to move forward in a positive direction and become a responsible member of the community.

I respectfully ask the Court to consider not only the offense but also the person Triston has become, his efforts to improve his life, and the positive influence he continues to have on his children and those around him. Thank you for taking the time to consider my perspective.

Sincerely,

Kathryn Luke
Saint George, Utah

The Honorable Anne R. Traum
United States District Court

Dear Judge Traum,

Please accept the enclosed character letter submitted in support of Triston Harris Steinman for your consideration prior to sentencing.

I have known Triston for nearly sixteen years, and I felt it was important to share my personal perspective with the Court based on our lifelong friendship. My letter reflects my own experiences and observations of his character, as well as my belief in his continued growth and commitment to becoming a better father, friend, and member of the community.

Thank you for taking the time to consider my letter and my perspective.

Respectfully,

Leshawn Jones

The Honorable Anne R. Traum
United States District Court

Dear Judge Traum,

My name is Leshawn Jones. I am 28 years old, and I grew up in Puyallup, Washington, alongside one of my closest friends, Triston Steinman. We've known each other since we were twelve years old, and over the last sixteen years I've had the privilege of watching him experience some of the best moments of his life and some of the hardest. I never imagined I'd be writing a letter like this, but I felt it was important to share my perspective because I've known Triston for most of my life, and I know the person beyond the decisions that have brought him before your Court.

I understand the seriousness of the decisions that have brought Triston here, and I don't take that lightly. I believe people should be held accountable for the choices they make, and nothing in this letter is meant to excuse or minimize what has happened. My hope is simply to share the Triston I've known for most of my life because I don't believe the decisions that have brought him here tell the whole story of the man, he is.

I met Triston in seventh grade during flag football practice. I was jogging at the back of the line by myself when he came back to run beside me. It probably seemed like a small moment to everyone else, but to me it meant something. That simple act of kindness turned into one of the most meaningful friendships I've ever had.

Even after he moved away, we stayed in touch. When he came back during high school, we picked up right where we left off, and even after he moved away again, we've continued to stay close. Through every season of life, our friendship has remained strong.

Growing up, I didn't have much. There were a lot of things my family simply couldn't afford, and as a kid you notice those things more than you probably should. During those years, Triston's and his family welcomed me into their home without ever making me feel like I was in the way or that I didn't belong. I could grab something to eat, spend the day there, or go with them when they went out, and I was always treated like family.

I see that same kindness in Triston. He had a way of making people feel included without making a big deal out of it. Helping people wasn't something he did because he wanted recognition. It was simply part of who he was.

One memory I'll never forget is my car broke down while I was trying to balance work and school, and I didn't have the money to fix it. Without hesitation, Triston told me, "Don't worry about it. Just bring it to me." He bought the replacement part himself, did all the work, and refused to let me pay him back. He wasn't looking for recognition or expecting anything in return. He simply wanted to make sure I could keep getting to work and school. That act of kindness has stayed with me ever since.

There were so many moments like that. Whether it was inviting me over, making sure I had something to eat, taking me with them when they went out, or simply making sure I never felt left out, Triston had a way of making people feel like they belonged.

When you're a kid, you don't always realize how much those small acts of kindness shape you. Looking back now, I do. They taught me what genuine friendship looks like, and they've stayed with me long into adulthood. That's one of the reasons this letter means so much to me. I wanted you to know about the side of Triston that changed my life in ways he probably never even realized.

When I learned about this case, I was heartbroken. I was disappointed because I knew the life Triston had been working so hard to build—not just for himself, but for his children and the people who love him. It hurts to see someone I care deeply about make a decision that could put all of that at risk. I understand the seriousness of those decisions, and nothing I say is meant to take away from that. It was simply difficult to reconcile them with the friend I've known for so many years.

Like any friendship that's lasted this long, there were times I had to tell Triston things he didn't want to hear. I've never been afraid to be honest with him when I thought he was making poor choices because I cared more about him than I cared about him agreeing with me. At the same time, I've also had the privilege of watching him grow. I've seen him become more thoughtful, more accountable, and more intentional about the kind of father and man he wants to be.

I know Triston's life hasn't always been easy, and I know he's had to overcome challenges that many people never see. While those experiences don't excuse the decisions that brought him here, I believe they help explain some of the obstacles he's had to work through. More importantly, I've watched him learn from those experiences. I've seen him become more willing to accept responsibility, ask for guidance, and surround himself with people who genuinely want to see him succeed.

If I didn’t believe Triston could become a better man, I wouldn’t be writing this letter. I’m writing because I’ve seen that growth with my own eyes. I believe he has learned from his mistakes, and I believe he wants to continue proving that through the way he lives his life.

I understand that your responsibility is to impose a sentence that is fair and just, and I respect whatever decision you make. I simply hope that, as you make that decision, you’ll also consider the Triston I’ve known since we were kids.

When I think about Triston, I don’t first think about this case. I think about the kid who slowed down during football practice so another kid wouldn’t have to run alone. I think about the friend who fixed my car when I couldn’t afford to because he knew I needed it to get to work and school. I think about someone who always made people feel included.

None of those memories change the seriousness of the decisions that have brought Triston before your Court, and I know they shouldn’t. I simply hope you’ll also consider the years of kindness, loyalty, and generosity that I have personally witnessed, because those things are just as real. They are the reason I continue to believe in the man he is working to become.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Leshawn Jones

**From:** Masen Woods
**Date:** October 6, 2026 at 14:38:45 PDT
**To:** Sean McClelland <Sean_McClelland@fd.org>
**Subject: Mr. Steinman Support Letter- Masen Woods**

The Honorable Anne R. Traum
U.S. District Court

I hope this letter finds you well. The purpose of this letter is to support Mr. Steinman.

My name is Masen Woods, I'm from Vernal Utah and currently reside in Washington Utah. I'm 23 years old, and own my own metal fabrication shop ( FabLab Industries)

I'm aware of Mr. Steinman's trial. I am also aware that Mr. Steinman has plead guilty to a federal charge. When I found this out I could barely speak. I know the extent of the charges and I do not condone criminal activity.

My relationship with Mr. Steinman began a number of years ago when the company I worked for hired Mr. Steinman to become a technician under my leadership. When I first met Mr. Steinman I couldn't care less about him. To be completely honest. He had no experience in the industry and I was tasked with training him.

As training started we were spending 8+ hours a day Monday- Friday. Lots of time to converse and get to know each other. Mr. Steinman was eager to learn and build a new career and start a new lifestyle. We quickly became friends. Mr. Steinman attending my wedding shortly after. From there we started to get together outside of work. At that time I was able to meet Mr. Steinman's family and spend time with Mr. Steinman and his children. Mr. Steinman's children are exceptional kids. Well behaved, respectful, and smart. With a willingness to learn and improve just like Mr. Steinman.
Mr. Steinman and I no longer work together. He has begun his electrician apprentice program. I have started my own business. We still keep in contact on a weekly basis.

My personal opinion of Mr. Steinman is that he wants to progress in life. He wants to be a father, and has ambitions to own his own business. I believe Mr. Steinman has made a considerable amount of positive changes, and has the desire to continue to make positive changes.
I say these things know a fair amount of his background. From Childhood to adulthood.

Thank you for taking the time to read this letter.

- Masen Woods / Owner FabLab Industries

The Honorable Anne R. Traum
U.S. District Court

To The Honorable Ann R. Traum
U.S. District Court

I am writing this letter to support Trison Steinman during his sentencing hearing and to convey my perspective of his character. My name is Mason Dobbins, age 23. I live in St. George, Utah, and I work as a Customer Relations and Operations Manager for a local auto shop. I am the cousin of Triston Steinman. Being a family member, I have known Mr. Steinman for as long as I can remember. However, it wasn't until he moved to Utah about 5 years ago, just as I had turned 18, before I had developed a close familial relationship with him.

It was during the last 5 years I had learned of his background. This surprised me because my perspective of Mr. Steinman during my entire adult life was a man who was kind, patient, family-centered, and level headed. Most of my time spent with him was also spent with his kids. They were always on their best behavior around their father, whether it was in public or at home. I felt like he was a strong positive influence on them. Another frequent memory of mine was when Mr. Steinman helped me change the oil of my car for the first time. I had an accident and ended up spilling lots of oil on the floor of his garage. Any other person would have been at least slightly upset, but Triston was completely understanding and took it upon himself to clean it up. He didn't make me feel bad at all for staining his property.

What came to surprise me even more was when he had been initially arrested for the reason of this trial. It felt completely out of character from the Triston that I had come to know. Anyone, myself included, would agree that what he is pleading guilty to is truly a bad thing. Despite this, my opinion of Mr. Steinman has only strengthened. He made quick adjustments to his lifestyle, it had seemed he used the event and motivation to improve. He worked as a server for a couple of businesses for a while. While I don't think he particularly enjoyed it, he put in the hours to support himself and his family. Then I saw him develop skill when he worked as a watercraft technician. And eventually watched him start his own business. He continued to demonstrate strong family values by visiting our shared grandparents very often, and encouraged me to do the same. He undeniably grew to be as far away from his mindset when the arrest occurred. In my opinion Mr. Steinman has the ability to continue to make positive change in the future.

I hope this letter illustrates a valuable reference for the character of Mr. Steinman.

10/14/26

The Honorable Anne R. Traum
United States District Judge, District of Nevada
**Re: United States v. Triston Steinman**

Dear Judge Traum,

My name is Matthew Steinman, and I am the father of Triston Steinman. I am the CEO of Metaltech, Inc., a manufacturing company in Auburn, Washington. I want to briefly share with you who my son is today, and the change I have seen in him over the four years since his arrest.

When Triston was arrested, he was using marijuana heavily, and he was not the young man I raised. He was distant and troubled, and he had people around him who were not good for him. I do not make excuses for the choices he made, and he does not make excuses for them either.

What I have seen since then is a son who chose to change. Triston stopped using marijuana, and with a clear mind he began to think about his future in a logical, forward-looking way. He cut ties with the people whose influence was unhealthy for him. He has replaced bad habits with good ones. He attends church, and he has made physical fitness part of his life, keeping his mind and body strong. He has been on pretrial supervision since his arrest and has met every condition, including every drug test. For the past two years he has lived in my home, so I see this every day.

Triston has also chosen a career. He is working as an electrician, and his goal is to one day own his own electrical business. He shows up to work, he takes on responsibility, and he is building something real for himself and his family.
Triston and I have had many conversations about his past. He carries real regret and shame over the choices he made. What gives me hope is what he has done with those feelings. He wants to do good, and he wants to do right by the law and by God.

Triston has two children, his daughter Lila, who is 10, and his son Malcolm, who is 5. He adores them, and they adore him. He has coached Lila's basketball team, volunteered at her school, and driven her to her many activities. His children need him in their lives, and he needs them in his. They are a big part of his motivation to set goals and keep working toward them.
I think often about what a prison sentence would mean for Lila and Malcolm. Lila is old enough to understand where her father would be, and Malcolm is young enough that years apart could mean growing up without really knowing him. Their relationship with their father is still being rebuilt, and that work would stop. The weight of that sentence would land on two children who did nothing wrong.

If the Court allows Triston to remain in the community, the structure that has carried him this far is already in place. He has steady work, his church, and his family around him. I will help him meet every condition the Court sets, and do anything else the Court requires. I worry that prison, coming four years after his arrest and after so much progress, would take him away from the very things that changed his life for the better.

It is my hope that you will see Triston's potential and show him mercy. Please give him the chance to continue his journey to manhood, surrounded by the light he finds in a daily connection with his family and with the people who help him see the man he is becoming. I will continue to support him and hold him accountable, as I have for the past four years.

Thank you for your time and for considering this letter.

Respectfully,

Matthew Steinman
[redacted]

**From:** Noah Young [redacted]
**Date:** October 18, 2026 at 14:29:01 PDT
**To:** Sean McClelland <Sean_McClelland@fd.org>
**Subject: Support Letter for Mr. Steinman**

I am writing this letter in support of Mr. Steinman in his upcoming sentencing hearing before Judge Anne R. Traum.

My name is Noah Young i am a 25 year old electrician and i live in St. George Utah.

Judge Anne R. Traum i am aware Mr. Steinman plead guilty to a federal charge. I was pretty surprised to hear the crime committed knowing Mr. Steinman the way i do and the extremity of the crime.

Mr. Steinman is an old co worker and a friend to me, I have known him for about 6 months now i was his crew lead at our job that we had together, but we had known a few mutual friends as well.

I think Mr. Steinman is a hard working man with a good head on his shoulders. I don't know a whole lot of Mr. Steinmans background, but as far as his future goes i think that he has a lot of potential to continue to grow and become a better man.

The Honorable Anne R. Traum
U.S. District Court

Re: United States v. Triston Harris Steinman
Case No. 3:22-cr-00068-ART-CLB

**Dear Judge Traum,**

My name is **Roy K. Luke**, and I am writing this letter in support of **Triston Harris Steinman** for his sentencing hearing on November 2, 2026.

I am 66 years old, married, and the proud father of two adult children and grandfather of two wonderful granddaughters. I am retired after working for more than 40 years as an aircraft mechanic. My wife and I relocated to St. George, Utah, in 2021. Our son, Andrew, moved here as well, along with his two daughters.

I first met Mr. Steinman in late 2022 or early 2023 through my son. Andrew and Triston became close friends, and over time Triston would join our family for dinner and other gatherings. Our family enjoys spending time together and often plays games at home, and Triston was always happy to participate.

During the time I have known Triston, I have found him to be a positive, respectful, and helpful young man. I have witnessed his willingness to assist others without being asked. On one occasion, my wife mentioned that she wanted to move a large couch upstairs. Without hesitation, Triston immediately offered to help and, together with my son, moved the heavy couch for us.

More recently, a family member relocated to Utah and arrived with a U-Haul full of belongings. I went over to help unload the truck, only to discover that the entire job had already been completed. Triston had volunteered his time and effort to help unload everything before I arrived.

A little over a year ago, I learned about the crime Mr. Steinman had committed. I was shocked and deeply disappointed. What he did was wrong, and I do not excuse his actions. However, I also believe that this mistake does not define the person I have come to know. I have seen firsthand his kindness, generosity, and willingness to help others. He made a serious mistake at a young age, but I believe he has the capacity to learn from his actions and become a productive member of society.

I respectfully ask the Court to consider showing leniency in sentencing Mr. Steinman. I believe he is a good young man who deserves the opportunity to continue moving forward and making positive contributions to his community.

Thank you for your time and consideration.

Sincerely,
Roy K. Luke
St. George, Utah

The Honorable Anne R. Traum
U.S. District Court

Re: United States v. Triston Harris Steinman
Case No. 3:22-cr-00068-ART-CLB

Dear Judge Traum,

My name is Scott Weaver, and I am writing this letter in support of Triston Harris Steinman for his upcoming sentencing hearing on November 2, 2026.

I currently live in Rancho Cordova, CA with my Wife of 23 years. I am the inside sales and customer care manager for Sunoptics Skylights where I have been employed there for 21 years. My Wife and I are very Active in our church (Freedom Church of Fair Oaks) and spend a good portion of our free time as volunteers for the church. My wife and I are both 56 years old and have 2 daughters and 2 granddaughters.

I would like to be clear that I do not write this letter to minimize the seriousness of what Triston has done. I do understand that Mr. Steinman did plead guilty to a federal charge. Although I was not charged with a federal offence, I had gotten into legal trouble myself when I was 18 years old and know how much these types of mistakes can dramatically impact on one's future. At the time of my legal troubles, I was enlisted in the National Guard and was blessed that I was not federally charged. I could have been federally charged but the prosecutor was kind enough to minimize the charge to a misdemeanor because he knew what it would mean to my military carrier. To this day, I am very grateful to the prosecutor for this. Because of the lesser charge, I was able to stay in the Guard and completed my time of service with an Honorable Discharge. I was also given a chance to make amends both financially and, with the Judge allowing me to spend my Jail time (10 days) on weekends, I was able to adjust my life path in a different, more positive, direction and have not gotten into any more legal trouble since that incident. It frightens me to think of where I would be today if I did not get that opportunity because of the grace given to me by the judge.

I know Triston through the father of our Grandkids, Andrew Luke. Although our daughter and Andrew are not together anymore, my wife and I still have a very strong relationship with Andrew and Andrew's parents; they are all amazing people. I met Triston in October of 2022 or 2023 when we were spending time with our grandkids as well as Andrew and His family. Triston joined us with his daughter for trick or treating. My immediate impression of Triston was that he was a kind, soft-spoken and caring father of his daughter. I did not know anything else about him at that time. Since then, we have been able to spend time with Triston each time we visit St. George. I can't give the exact number of times we visited but

we grew to know Triston more on each visit. He has always been kind to us and has always been that soft-spoken, kind person we met.

An example of who we know Triston to be is when we moved our youngest daughter to St. George recently during a heat wave. It was over 110 degrees when we needed to unload the trailer into her new apartment. We had stored the trailer at Andrew's house and were picking it up to take to the apartment when Triston came to the house so He could go to the Gym with Andrew. I happened to be outside next to the trailer when Triston drove up. He came out to say hi to me and I was telling him about the move. Triston offered to help us move. There was no hesitation, even though He and Andrew were going to the Gym and it was over 110 degrees. He and Andrew moved all the heavy items off the trailer before going to the Gym.

I would like to emphasize that I do understand that Triston had pleaded guilty to a federal charge and do not want to minimize that in any way. However, the person I have come to know, I would trust with my Grandkids and with the advice he would give them. I feel very strong that if Triston was given the same chance that I received, he would succeed in being a productive member of society and not a burden on the community.

Thank you for taking the time to read this and consider my opinion on who Triston is today.

Respectfully,

Scott Weaver
Rancho Cordova, CA

The Honorable Anne R. Traum
U.S. District Court

Dear Judge Traum:

My name is Sherri Kohlbeck. I am 50 years old and have been in a committed relationship with Triston Steinman's father, Matthew Steinman, for almost ten years. I have known Triston for The Honorable Anne R. about nine of those years.

I am writing to you in support of Triston and his upcoming sentencing. I am asking you to consider the person he is today, the work he has done over the last four years, and the direction I have personally watched his life take.

I want to be honest about my relationship with Triston because I believe that matters.

Triston and I did not have a good or respectful relationship for many years. When I first knew him, he was struggling with substance abuse and making choices that I did not respect or agree with. His behavior created a lot of distance between us. I did not trust him, and I did not make excuses for him simply because he was my partner's son.

The relationship I have with Triston today did not exist back then.

It was after he became sober and started making changes in his life that our relationship began to change. It happened over time. I didn't just decide that he was a different person because he said he was. I watched him make different choices. Over time, trust and respect has slowly started to come back.

I don't believe four years of doing better erases years of bad decisions overnight. There are things that take time to repair. But I can honestly say that I have watched Triston put in the work to become someone I respect today.

I am fully aware that Triston pleaded guilty to a federal charge. When I learned what had happened, I was extremely disappointed. What he did was wrong, and I do not want to minimize that. Triston knows that as well. He has admitted what he did, understands that there are consequences for his actions, and has apologized for the problems and hurt his choices have caused.

I have been a stay-at-home caregiver for Triston's two children for much of their lives. His daughter is now ten years old, and I have been in her life since she was five months old. His son is nearly five, and I have been in his life since birth. I have helped care for these children and have been involved in their everyday lives for years.

Because of that, I have had a very close view of Triston as a father. I have seen the importance his children have in his life, and I have watched his desire to be a better father become a real part of the changes he has made.

I also currently have Triston living in my home, so I see the day-to-day things that don't necessarily show up in court documents.

Since being released under federal supervision, Triston has stayed sober, maintained full-time employment, attended counseling, and made a real effort to change the people and influences he surrounds himself with. He has made new friends who are positive influences in his life. He goes to the gym daily and has worked on living a healthier lifestyle.

Professionally, he is working as an apprentice electrician and intends to continue his education and complete the electrician program. He also assists a local business owner with detailing private jets at the St. George Municipal Airport. He is also working to build his own auto-detailing clientele to bring in additional income and help support his children.

These are not things I have heard about Triston from someone else. These are things I see firsthand.

Four years ago, I would not have written this letter. I would not have told you that I trusted Triston or respected the choices he was making. I would not have been confident about where his life was headed.

Today, I can tell you that I see a very different direction.

I don't believe becoming a better person is linear. There have been difficult periods and things that Triston has continued to have to work through, but I have watched him keep moving forward. I have watched him deal with things about himself and his past that he used to avoid. I have watched him recognize how his choices got him to where he was and, more importantly, recognize that he does not want to continue living that way.

Triston grew up with difficult family circumstances, including divorce and substance abuse. As he has remained sober and gone through counseling and supervision, he has started to understand how some of those experiences affected him and some of the choices he made when he was younger.

He does not want his children to repeat those patterns.

He wants to be present in their lives. He wants to provide for them. He wants to be someone they can look up to and admire. He wants to have a relationship with them that is different from some of the relationships he experienced growing up.

I have watched that become an important part of why he continues to work on himself.

I also believe that his children need the opportunity to see their father succeed. They need to see what it looks like to make mistakes, take responsibility for them, make changes, and keep moving forward. His success is not only about what kind of future Triston has for himself. It is also about the example he is able to set for his children and the kind of father they will have as they grow up.

That matters to me because I have been there for these children for most of their lives. I have watched them grow, and I know how important their father is to their future. I want them to be able to look at their dad and see someone who works hard, stays sober, takes responsibility for his life, and keeps trying to do better.

I would also like to mention the relationship Triston has developed with his grandparents. They are both elderly and live locally in St. George. Triston is often the first person they call when they need help or simply want to have lunch. He stops by unexpectedly during lunch breaks or in the evening to check on them, visit, talk about old times, and reminisce. He now makes a sincere effort to maintain relationships with his extended family, something he rarely did in the past.

I am not asking the Court to excuse what Triston did. I am not asking you to minimize it or forget about it. He made choices that were wrong, and he has been accountable for them.

I am asking you to also consider what he has done since.

Four years of sobriety and supervision do not erase his past. What they have shown me, however, is that Triston is capable of making different choices and staying committed to them.

I have seen Triston before sobriety, and I have seen him after sobriety. I know what his behavior looked like when he was making destructive choices, and I know what his life looks like now.

There is a difference.

The person I have a relationship with today is someone I can respect more than I ever thought I would when I first knew him. I have watched him grow into someone who is more responsible, more present, and more invested in the people around him.

I believe Triston has the ability to continue becoming the man he wants to be. I believe he can be the kind of father his children can be proud of, the kind of son his father can count on, and someone who can continue building a positive place for himself in his community. I have seen the beginnings of all of those things already.

He has people around him now who will support him but also hold him accountable. I am one of those people, and so is his father. We want to see him continue on the path he is on now, and I believe he has the support and determination to do that.

I am not writing this letter because I have always believed Triston was a good man. I am writing because I have watched him work to become a better one.

I have watched him make mistakes. I have watched him face the consequences of those life altering mistakes. And I have also watched him make the difficult choice to change his life and continue moving forward.

I believe the person he is becoming is worth continuing to invest in. I believe his children deserve the opportunity to see where that work can take him, and I believe Triston deserves the opportunity to continue building the life he is working toward.

I respectfully ask that you consider the four years of sobriety, supervision, work, accountability, and personal growth that I have personally witnessed when you consider his sentence. I hope you will also consider the life he is working to build, the example he wants to set for his children, and the people who are counting on him to continue moving in this direction.

Thank you for taking the time to read my letter and for considering my perspective on someone I have known for nearly a decade and whose children I have helped care for most of their lives.

Respectfully,

Sherri Kohlbeck