TODD BLANCHE
Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
clay.plummer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTON STEINMAN,<br><br>Defendant. | Case No. 3:22-cr-00068-ART-CLB<br><br>United States' Response to Defendant Triston Steinman's Sentencing Memorandum [ECF No. 96] |

The United States of America, through Assistant United States Attorney Clay A. Plummer, submits this response to the defense sentencing memorandum as to defendant Triston Steinman. This response supplements government's sentencing memorandum at ECF No. 95, and addresses defendant's sentencing memorandum at ECF No. 96.

United States respectfully requests this Honorable Court sentence defendant Steinman to a 60-month term of custody and a 3-year term of supervised release on the conditions recommended by the Probation Office.

**I. Defendant Possessed More than 25 Firearms**

The government has provided the court with ample evidence that Steinman possessed more than 25 firearms. *See* ECF No. 95 at 8–15. For instance, at Exhibit 1, the property report and inventory of the items seized from Steinman states he had 38 firearms. *See id.* packages 2 through 32 and 47 to 51 under the column Item Type states "FIREARM ILLEGAL". Each firearm is then described. Examples include: BLACK 7.62X39 AR STYLE RIFLE, GREEN/BLACK 7.62X39 AR-15, BLACK/TAN .308 WIN AR-10, TAN MIXED COMPONANT ASSEMBLED 40 CALIBER PISTOL, BLACK MIXED COMPONANT ASSEMBLED 9MM PISTOL. *See id.* These are not firearm parts, they are firearms. The firearm parts are also listed in the inventory report but are referred to as firearm accessories. *See id.* Examples include: BLACK .308 UPPER W/BARREL, 9 5.56 UPPERS/3 7.62X39 UPPERS/10 UNKNOWN CALIBER UPPERS/6 9MM UPPERS/1 7.62X39 UPPER W/BOLD CARRIER GROUP, 5 LOWERS WITH GRIPS/10 UNASSEMBLED 80% LOWERS/9 ASSEMBLED LOWERS, 37 ASSORTED PISTOL MAGAZINES, 52 ASSORTED RIFLE MAGAZINES. *See id.* In total there are 86 inventory entries. Each firearm has its own entry except package number 27, which describes two 9mm pistols.

Government Exhibit 4 contains photos of the firearms described in Exhibit 1. *Compare* ECF No. 95 at 26–46 (Exhibit 4), *with* ECF No. 95 at 8–15 (Exhibit 1). The photos of the firearms clearly show they are not parts. They are fully assembled firearms. In addition to the item inventory and photos already provided to the court, the government intends to call Sergeant William Boyer of the Nevada Highway Patrol at sentencing. Sergeant Boyer physically inspected and inventoried the firearms.

Moreover, as reflected in Government Exhibit 3, the firearms were test fired, confirming they are, in fact, firearms. *See* ECF No. 95 at 18–25. Accordingly, the six-level enhancement under USSG §2K2.1(b)(1)(C) applies.

**II. Defendant Possessed Over 4,000 Gross Grams of Marijuana and THC Products**

Government Exhibit 2 is a lab report showing a package of dried green plant material weighing approximately 446 grams that tested positive for THC. On the day of the seizure, Sergeant Boyer conducted three separate tests of the marijuana, syringes, and wax material. All three tested positive for THC. The government provided photos of positive tests in Exhibit 4. *See* ECF No. 95 at 37–41. Sergeant Boyer will provide testimony on the tests that he performed. He will also testify to the look and smell of the marijuana seized from defendant Stienman. The government provided the Court with ample evidence to meet its burden by a preponderance of the evidence that the four-level enhancement under USSG § 2K2.1(b)(6)(B) should apply.

**III. Defendant Was Selling Guns, Not Gun Parts**

There is no evidence Steinman was running a lawful business selling firearm parts. There are no records of sales, no business tax documents, no client lists, no financial transaction records, and no website. The evidence shows Steinman was selling firearms for cash. A forensic extraction of Steinman's phone shows he was dealing firearms, not firearm parts. PSR ¶ 16. In July 2022, Steinman sent several text messages that clearly establish he was selling guns. For instance, Steinman texted: "Glad those ran good lmk when you want more 1k off if you grab 10". When asked how much for pistols, Steinman replied: "750 for 9 850 for .40 900 for .45" and "All test fired". *Id.*

///

///

///

Completed guns run good and fire, parts do not. Steinman told his father, "I am taking a 80% and completing kits for my friends and people I know". *Id.* Steinman was not operating a firearms parts business—he was selling guns without serial numbers that could not be traced.

Respectfully submitted this October 29, 2026.

TODD BLANCHE
Attorney General

*//s// Clay Plummer*
CLAY A. PLUMMER
Assistant United States Attorney