RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 South Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for Triston Harris Steinman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRISTON HARRIS STEINMAN,<br>Defendant. | Case No. 3:22-CR-00068-ART-CLB<br>**LETTERS IN SUPPORT OF DEFENDANT FOR SENTENCING** |

COMES NOW, the Defendant Triston Harris Steinman, by and through his attorney, Sean A. McClelland, Assistant Federal Public Defender, and hereby submits the attached letter (Exhibit A) in support of defendant for the sentencing hearing set on November 2, 2026.

DATED: November 2, 2026

RENE L. VALLADARES
Federal Public Defender

By: */s/ Sean A. McClelland*

SEAN A. MCCLELLAND
Assistant Federal Public Defender

John Norton
[redacted].
Lehi, UT 84043
[redacted]

October 10, 2026

The Honorable Anne R. Traum
United States District Court
District of Nevada

**Re: United States v. Triston Harris Steinman, Case No. 3:22-cr-00068-ART-CLB**

Dear Judge Traum:

I'm writing this letter in support of my nephew, Triston Steinman, for his sentencing hearing on November 2.

My name is John Norton. I'm 52, I live in Lehi, Utah, and I work as the Chief Architect at Fullbay, a software company. Triston's dad is my wife's brother, so I've known Triston his whole life. For a lot of years his family lived in Washington and we were in Utah, so we didn't see each other much. Since he moved to Utah, I've been in regular contact with him, both before and after he was charged in Nevada.

I know Triston pleaded guilty to a federal crime. What he did was wrong and it was serious. I'm honestly glad he got caught. When I first found out how serious the charges were, I thought some prison time might be good for him. I've changed my mind on that. Triston and I have talked about what he did many times. At first I think he was mostly sorry he got caught. But over the years this case has been going on, I've watched him figure out that the way he was living wasn't going to work. This is the first time I've really seen Triston grow up. He finally understands that his choices have consequences. I was relieved when he decided to take responsibility, and I think that decision says a lot about who he is now.

Triston didn't have an easy start. His parents fought all the time, there was a lot of turmoil at home, and they divorced when he was young. He didn't get much structure or discipline, and he was introduced to marijuana at a young age. I think all of that hit him early and pushed him to look for a place to belong in the wrong places. I'm not saying that to excuse anything. I just think it helps to know where he started.

Triston is a kind man. He wants to do well, but he hasn't always had the tools to get there. Over the last several years I've made a point of being more involved in his life. I listen, I help him

think through decisions, and I keep pushing him to do the right thing. He calls me his "favorite uncle," and he calls me on his own pretty often to talk things over and get my opinion.

Being on supervised release hasn't been easy for him, but he's used the time well. He's stayed off drugs. He's kept working, first as a server at a golf driving range, then running his own business detailing cars and airplanes, then training as a boat mechanic until he got laid off. Now he's working as an electrician, and he's proud of it. He posts pictures of his work all the time. He also checks on his grandparents constantly, drives them to appointments, helps with Sunday dinner, and is there whenever they need something.

Triston has two kids, a girl who is 8 and a boy who is 4. My wife and I have seen him as a dad up close. Over the last few years we've spent several weeks at his place watching his kids while he worked, when he didn't have other childcare. We didn't leave when he got home, so we got to see him in action, making dinner, helping with homework, and taking care of his kids. Every time he's been able to move out of his dad's place into his own, we've gone to see it, and the first thing he wanted to show us was the safe space he'd set up for his kids. I'm not going to say he's a perfect dad. He's still learning. But there's no question he loves those kids. Custody has been a rough fight, and this case has put his time with them at risk, which has been really hard on him. I've told him over and over that he has to take the high road and can't let his frustration get the best of him, and he's listened.

This whole thing has made Triston think hard about what he wants his life to look like. He's ready to move on, and he's excited about the career he's found. He has a lot of people in his corner: his dad, his grandparents, and the rest of our family, and we'll all keep pushing him to stay on track. He lives about four hours from us, but we get down there several times a year, and I'll keep in touch with him by phone and text like I always have.

Triston did something wrong and he's owning it. But I've watched him change, and I know he has people who will stand behind him. I'd ask you to keep that in mind when you decide his sentence.

Thank you for taking the time to read this.

Sincerely,

John Norton